M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

David Lee Norman
Coosa County Sheriff Dept. 2007 OCT -9 A 10: 11
P.O. Box 274
Rockford, AL 35136

Full name and prison name of
Plaintiff(s)

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

v.    ) CIVIL ACTION NO. 2:07CV903-WKW
      ) (To be supplied by Clerk of U.S. District
Mike Mull    ) Court)
Lt. Stover   )
Terry Wilson )
_____)
_____)
_____)

Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐ No ☑

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ☐ NO ☑

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff (s) _____

         _____

         Defendant(s) _____

         _____

      2. Court (if federal court, name the district; if state court, name the county)

         _____

         _____

3. Docket number _____

4. Name of judge to whom case was assigned _____
_____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT *Coosa County Sheriff Dept.*
*P.O. Box 279*
*Rockford, Al 35136*

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED *Coosa County Sheriff Dept. P.O. Box 279 Rockford, Al 35136*

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME | ADDRESS
1. Mike Mull | Coosa County Sheriff Dept. P.O. Box 279 Rockford, Al 35136
2. Terry Wilson | Coosa County Sheriff Dept. P.O. Box 279 Rockford, Al 35136
3. Lt. Stover | Coosa County Sheriff Dept. P.O. Box 279 Rockford, Al 35136
4.
5.
6.

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  *8-23-07*

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: *Inadequate medical care. While incarcerated all Healthcare needs should be taken care of in a timely manner. This is the law. These people (Jail) have yet to check my Nose out to see why it is draining & Bleeding. They have yet to see if it is cancer and I have been here 2½ months.*

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Ever Since Around 8-23-07 I Have been sending out Request Forms to see the doctor for my Nose pulips (could be cancer). All Request Forms go to mike Mull And Lt. Stoves but they have yet to get my Nose checked out. It bleeds And drain liquid Daily. I'm also still in the Coosa county Jail And have been here since 8-11-07.

GROUND TWO: _____

SUPPORTING FACTS: _____

GROUND THREE: _____

SUPPORTING FACTS: _____

VI.  STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I wish for the Court to help me get the Health Care that is Needed for my Nose. Also put in a Law Suit in on All parties because my Nose Condition could be Cancer. They Have Done Nothing to check it out.

_David Lee Norman_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     10-4-07    .
(Date)

_David Lee Norman_
Signature of plaintiff(s)

DAViD NoRMAN / Block A
Coosa County SheRiFF Dept.
P.O. Box 279
Rockford, AL 35136

Legal Mail!

COOSA COUNTY JAIL
INMATE MAIL

BiRMiNGHAM AL 350
05 OCT 2007 PM 2 T

OFFice Of The Clerk
United States District Court
P.O. Box 711
Montgomery, AL 36101-0711

USA FIRST-CLASS FOREVER