**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. 

Mike Mull
COOSA COUNTY JAIL
P O Box 279
Rockford, AL 35136

07cv903 cmp+op

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Shelia Thomas*  ☒ Agent  ☐ Addressee

B. Received by (Printed Name): Shelia Thomas

C. Date of Delivery: 10-12

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7006 2760 0005 4873 8177

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540