**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

1. Terry Wilson
   COOSA COUNTY JAIL
   P O Box 279
   Rockford, AL 35136

2. Article Number
   (Transfer from service label)
   7006 2760 0005 4873 8146

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Shelia Thomas_   ☒ Agent  ☐ Addressee

B. Received by ( Printed Name )
   Shelia Thomas

C. Date of Delivery
   10·12

ss different from item 1?  ☐ Yes
livery address below:     ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Domestic Return Receipt    102595-02-M-1540