## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **DAVID LEE NORMAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.  2:07-cv-903-WKW** |
| | ) | |
| **MIKE MULL, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### DEFENDANTS' SPECIAL REPORT

COME NOW Mike Mull, Administrator of the Coosa County Jail, Terry Wilson, Sheriff of Coosa County, and Lieutenant David Stover, the Defendants in the above-styled cause, and submit their Special Report to the Court.

### INTRODUCTION

On October 9, 2007, the Plaintiff filed his Complaint with this Court, naming Coosa County Jail Administrator, Mike Mull, Coosa County Sheriff, Terry Wilson, and Lieutenant David Stover of the Coosa County Sheriff's Office.  (Doc. 1.)  On October 11, 2007, the Court Ordered a Special Report be filed on behalf of Administrator Mull, Sheriff Wilson, and Lieutenant Stover.[1]  (Doc. 4.)

### PLAINTIFF'S ALLEGATIONS

The Plaintiff's Complaint appears to allege a claim for deliberate indifference against these Defendants.  The Plaintiff does not allege any actions on the part of Sheriff Wilson in his Complaint, and the only actions the Plaintiff alleges on behalf of Administrator Mull and Lieutenant Stover are that they received his medical request forms, "but they have yet to get my nose checked out."  (Doc. 1, p. 3.)  At most, the Plaintiff has potentially alleged one federal

---

[1] Despite the fact that this Court's Order requires a Special Report from only Defendants Wilson, Mull, and Stover, because the case-action summary lists the Coosa County Jail as a Defendant, to the extent that the Complaint is construed as stating a claim against the  Coosa County Jail, this Special Report is submitted n its behalf as well.

claim against Administrator Mull and Lieutenant Stover for deliberate indifference to his medical condition. For the reasons discussed below, the Complaint does not state a claim against Sheriff Wilson. The Plaintiff requests only injunctive relief in his Complaint.

**DEFENDANTS' RESPONSE TO PLAINTIFF'S ALLEGATIONS**

The Defendants deny the allegations made against them by Plaintiff as being untrue and completely without basis in law or fact. The Defendants deny that they acted, or caused anyone to act, in such a manner as to deprive Plaintiff of any right to which he was entitled. The Defendants raise the defenses of Eleventh Amendment immunity, absolute immunity, qualified immunity, the Prison Litigation Reform Act ("PLRA"), and additional defenses presented below. The Defendants reserve the right to add additional defenses if any further pleading is required or allowed by the Court.

## I.    FACTS

The Plaintiff was incarcerated in the Coosa County Jail on March 21, 2007, on probation violation. (Exhibit A, Inmate Records of David Lee Norman, "Inmate Records," Arrest & Booking Report.)[2]

### A.    Plaintiff's medical treatment

The Plaintiff first requested medical treatment for his nasal polyp on March 25, 2007, and he was scheduled to see Dr. Weaver at the Coosa Valley Family Medical Center in Rockford, Alabama. (Exhibit B, Affidavit of Mike Mull, "Mull Aff.," ¶ 4; Inmate Records.) After he was scheduled for that appointment, the Plaintiff filed two additional medical requests for his nasal polyp, both on March 27, 2001, prior to being taken to his appointment. (Mull Aff., ¶ 5; Inmate Records.) On March 29, 2007, the Plaintiff was taken to see Dr. Randall Weaver at the Coosa

---

[2] The remainder of the Plaintiff's inmate file has been submitted as Exhibit C. Accordingly, the Plaintiff's entire inmate file is before this Court for review.

Valley Family Medical Center.  After treating the Plaintiff, Dr. Weaver scheduled a follow-up visit.  (Mull Aff., ¶ 6; Inmate Records.)

In an undated medical request form, the Plaintiff requested further treatment for his nasal polyp, but specifically requested treatment from Dr. Anthony McLeod at the Russell Medical Center in Alexander City, Alabama.  (Mull Aff., ¶ 7; Inmate Records.)  The Plaintiff was taken to see Dr. Weaver on April 1, 2007, and again on April 3, 2007, with a follow-up visit scheduled for April 11, 2007.  (Mull Aff., ¶ 8; Inmate Records.)  On April 5, 2007, the Plaintiff filed another medical request form requesting additional medical treatment for his nasal polyp, and on April 12, 2007, the Plaintiff filed an additional medical request form specifically requesting treatment from Dr. McLeod at the Russell Medical Center.  (Mull Aff., ¶ 9; Inmate Records.)  On April 19, 2007, the Plaintiff was again taken to see Dr. Weaver at the Coosa Valley Family Medical Center, and a follow-up appointment was made for April 26, 2007.  (Mull Aff., ¶ 10; Inmate Records.)

On April 24, 2007, the Plaintiff was released on bond, and on August 12, 2007, the Plaintiff returned to the Coosa County Jail.  (Mull Aff., ¶ 11; Inmate Records.)  On August 12, 2007, the Plaintiff requested treatment for his nasal polyp, and on August 14, 2007, the Plaintiff was taken to Dr. Weaver at the Coosa Valley Family Medical Center, and a follow-up appointment was made for August 20, 2007.  (Mull Aff., ¶¶ 12-13; Inmate Records.)  On August 21, 2007, the Plaintiff was taken to Dr. Weaver at the Coosa Valley Family Medical Center, and a follow-up appointment was made for September 4, 2007.  (Mull Aff., ¶ 14; Inmate Records.)  On August 23, 2007, the Plaintiff filed another medical request for further treatment for his nasal polyp from Dr. McLeod at the Russell Medical Center, and on September 3rd and 11th, 2007, the Plaintiff, again, requested that an appointment be made with Dr. McLeod.  (Mull Aff., ¶ 15; Inmate Records.)  Administrator Mull and Officer Parker spoke with administrative assistants for

Dr. McLeod at the Russell Medical Center, and were both informed that Dr. McLeod would not see the Plaintiff because he still owed Dr. McLeod for his last visit.  (Mull Aff., ¶ 16; Inmate Records.)

On September 12, 2007, the Plaintiff was taken to see Dr. Weaver at the Coosa Valley Family Medical Center, and a follow-up appointment was made for September 14, 2007.  (Mull Aff., ¶ 17; Inmate Records.)  On September 13, 2007, the Plaintiff filed two additional medical request forms, both requesting further treatment for his nasal polyp from Dr. McLeod at the Russell Medical Center, and on September 14, 2007, the Plaintiff was taken to see Dr. Weaver at the Coosa Valley Family Medical Center.  (Mull Aff., ¶¶ 18-19; Inmate Records.)  On September 17, 2007, September 19, 2007, September 26, 2007, and October 2, 2007, the Plaintiff filed medical request forms for treatment of his nasal polyp.  (Mull Aff., ¶ 20; Inmate Records.)  On October 11, 2007, the Plaintiff was taken to see Dr. James at the Russell Medical Center.  (Mull Aff., ¶ 21; Inmate Records.)

On October 29, 2007, Administrator Mull ordered the Plaintiff to be taken to Dr. William R. Blythe at East Alabama Ear Nose and Throat Specialists in Opelika, Alabama, to have his polyp examined, and Dr. Blythe advised that surgery was an available treatment for the Plaintiff's nasal condition.   (Mull Aff., ¶ 22; Inmate Records.)   On October 30, 2007, Administrator Mull called Judge Rochester at the Coosa Circuit Court and explained the situation, and he agreed to grant the Plaintiff a furlough to have the surgery done at his own expense, and that same day the Plaintiff was released on furlough pursuant to an Order from the Coosa County Circuit Court.  (Mull Aff., ¶¶ 23-24; Inmate Records.)  The Plaintiff's surgery was scheduled for November 1, 2007, with Dr. William R. Blythe at East Alabama Ear Nose and Throat Specialists in Opelika, Alabama, and he received that surgery.  (Mull Aff., ¶ 25; Inmate Records.)

B.    **The Coosa County Jail Grievance Policy**

It is the policy of the Coosa County Jail that all inmates are permitted to submit grievances to the jail administration and that each grievance will receive a response. (Mull Aff. ¶ 26.) Inmate grievance forms are made available to inmates upon request, and upon completion, they should be delivered to the Jail Administrator. (Mull Aff. ¶ 27.) The Jail Administrator will issue a written response to the inmate's grievance, and if the inmate is not satisfied with that response, he may appeal the grievance to the Chief Deputy Sheriff on another grievance form within 72 hours. (Mull Aff. ¶¶ 27-28.) If the inmate is not satisfied with the Chief Deputy's response to his appeal, he may appeal that response to the Sheriff within 72 hours. (Mull Aff. ¶¶ 27-28.) The Plaintiff has not filed a grievance, in accordance with the Coosa County Jail grievance policy, on any of the claims in his Complaint. (Mull Aff., ¶ 29.)

II.    **LAW**

A.    **The Plaintiff's claims are barred because he has failed to comply with the provisions mandated by 42 U.S.C. § 1997e(a) of the Prison Litigation Reform Act ("PLRA").**

The Court's adherence to mandates of the PLRA is essential to ensure that the "flood" of frivolous claims for constitutional violations does not burden and hinder the Court's consideration of legitimate claims presented by pro se litigants. See Harris v. Garner, 216 F.3d 970, 972 (11th Cir. 2000) ("In an effort to stem the flood of prisoner lawsuits in federal court, Congress enacted the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, 110 Stat. 1321 (1996) ('PLRA')."). As the Supreme Court recently recognized in Jones v. Bock:

> Prisoner litigation continues to "account for an outsized share of filings" in federal district courts. Woodford v. Ngo, 548 U.S. ----, ----, n.4, 126 S. Ct. 2378 (2006) (slip op., at 12, n.4). In 2005, nearly 10 percent of all civil cases filed in federal courts nationwide were prisoner complaints challenging prison conditions or claiming civil rights violations.[footnote omitted] Most of these cases have no merit; many are frivolous. Our legal system, however, remains committed to guaranteeing that prisoner claims of illegal conduct by their custodians are fairly handled according to law. The challenge lies in ensuring that the flood of

nonmeritorious claims does not submerge and effectively preclude consideration of the allegations with merit.  See Neitzke v. Williams, 490 U.S. 319, 327 [] (1989).

Congress addressed that challenge in the PLRA.  What this country needs, Congress decided, is fewer and better prisoner suits.  See Porter v. Nussle, 534 U.S. 516, 524, [] (2002) (PLRA intended to "reduce the quantity and improve the quality of prisoner suits").  To that end, Congress enacted a variety of reforms designed to filter out the bad claims and facilitate consideration of the good.  ***Key among these was the requirement that inmates complaining about prison conditions exhaust prison grievance remedies before initiating a lawsuit.***

127 S. Ct. at 914 (emphasis added).  Uniform adherence to all the provisions of the PLRA, especially the grievance exhaustion requirement, is mandatory for inmate litigants and the courts to ensure that the federal judicial system can effectively "separate the wheat from the chaff" with regard to claims asserted by inmate litigants.

The first section of the PLRA provides:

***No action shall be brought*** with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility ***until such administrative remedies as are available are exhausted.***

42 U.S.C. § 1997e(a) (emphasis added).  Under this provision of the PLRA, an inmate is required to exhaust all administrative remedies before instituting an action under 42 U.S.C. § 1983, and the Court is precluded from granting relief to any plaintiff who has not exhausted ***all*** his administrative remedies.  In Woodford v. Ngo, ___ U.S. ___; 126 S. Ct. 2378, 2382 (2006), the Supreme Court held, "Exhaustion is no longer left to the discretion of the district court, but is ***mandatory***."  See also Booth v. Churner, 532 U.S. 731, 739 (2001) ("Prisoners must now exhaust all 'available' remedies, not just those that meet federal standards.").  However, as the Supreme Court recognized in Jones v. Bock, each prison sets its own parameters for what constitutes compliance with its grievance policy:

In Woodford, we held that to properly exhaust administrative remedies prisoners must "complete the administrative review process in accordance with the

> applicable procedural rules," 548 U.S., at ___, 126 S. Ct. 2378 [] – rules that are defined not by the PLRA, but by the prison grievance process itself…. The level of detail necessary in a grievance to comply with the grievance procedures will vary from system to system and claim to claim, but it is the prison's requirements, and not the PLRA, that define the boundaries of proper exhaustion.

127 S. Ct. at 922-23.

Here, the Plaintiff has not filed any grievance regarding any of the allegations in his Complaint.  The Plaintiff has not complied with the provisions of the Coosa County Jail grievance policy, so he cannot be deemed to have exhausted all available administrative remedies provided by the Coosa County Jail grievance policy, as is required by § 1997e(a) of the PLRA.  Therefore, his claims must be dismissed.

**B.     The Plaintiff's claim against these Defendants is moot, because he has received the only relief that he requests in his Complaint.**

In his Complaint, the Plaintiff states as the relief he requests:

> I wish for the Court to help me get the health care that is need for my nose.  Also put in a lawsuit on all parties because my nose condition could be cancer.  They have done nothing to check it out.

(Doc. 1, p. 4.)  It is clear from the face of the Plaintiff's Complaint that the only relief he asks this Court to give him is injunctive relief to force these Defendants to provide him treatment for his nose condition.  As the testimony reveals, these Defendants have provided the Plaintiff treatment for his nose condition, and he has received surgery to cure any nasal problems that he may have had.  As such, the Plaintiff's claims are now moot because there no longer exists a case or controversy.  See, e.g., Bradley v. Paris, ___ F. Supp. 2d ___ [Ms. 1:05-cv-0775, Oct. 24, 2007] [2007 WL 3144024], *9 n.5 (N.D. Ga. 2007) ("The court notes that plaintiff already has received all of the prospective relief that he seeks herein, namely, a liver biopsy and state-of-the-art treatment for his disease, so that his requests for prospective relief are now moot").  See also, Dudley v. Stewart, 724 F.2d 1493, 1494 (11th Cir. 1984) ("Past exposure to illegal conduct does not in itself show a pending case or controversy regarding injunctive relief if unaccompanied by

any continuing, present injury or real and immediate threat of repeated injury") (citing O'Shea v. Littleton, 414 U.S. 488 (1974)) (abrogated on other grounds).

Accordingly, even if this Court were to conclude that somehow these Defendants refused the Plaintiff medical treatment, he has stated no claim in his Complaint where his only ground for relief, treatment for his nasal polyp, has been provided to him.

C.    **All claims against these Defendants in their official capacities must fail based on Eleventh Amendment immunity and because they are not "persons" under 42 U.S.C. § 1983.**

The Plaintiff's claims against these Defendants in their official capacities are due to be dismissed for lack of subject matter jurisdiction; as such claims are barred by the Eleventh Amendment to the United States Constitution.  Parker v. Williams, 862 F.2d 1471, 1476 (11th Cir. 1989) (holding a sheriff sued in his official capacity is entitled to Eleventh Amendment immunity); Free v. Granger, 887 F.2d 1552, 1557 (11th Cir. 1989) (holding that a sheriff sued in his official capacity is entitled to Eleventh Amendment immunity); Carr v. City of Florence, 918 F.2d 1521, 1525 (11th Cir. 1990) (holding a deputy sheriff sued in his official capacity is entitled to Eleventh Amendment immunity); Lancaster v. Monroe County, 116 F.3d 1419, 1430-31 (11th Cir. 1997) (extending Eleventh Amendment immunity to include jailers employed by county sheriffs).

In addition, the official capacities claims must fail because 42 U.S.C. § 1983 prohibits a *person*, acting under color of law, from depriving another of his rights secured by the United States Constitution.  42 U.S.C. § 1983 (emphasis added).  The United States Supreme Court has held that state officials, in their official capacities, are not "persons" under § 1983.  Will v. Michigan Dep't of State Police, 491 U.S. 58, 71 (1989).  Any claims against the Defendants in their official capacities should therefore be dismissed because they are not "persons" under §

1983 and therefore claims against them in their official capacities fail to state a claim upon which relief can be granted.  Id.; Carr, 916 F.2d at 1525 n.3.

**D.    Alternatively, these Defendants are entitled to be dismissed based qualified immunity.**

In their individual capacities, these Defendants are entitled to qualified immunity to Plaintiff's federal claims.

**1.    These Defendants are entitled to qualified immunity because nothing in their conduct crossed a "bright line" contour of clearly established constitutional law.**

These Defendants were acting within their discretionary authority as the Sheriff of Coosa County, as Coosa County Jail Administrator, and as a corrections officer of the Coosa County Jail during all times relevant to Plaintiff's Complaint because all their actions were taken in the furtherance of their duties.  See, e.g.,Holloman ex rel. Holloman v. Harland, 370 F.3d 1252 (11th Cir. 2004).  All actions alleged in the Plaintiff's Complaint are governed by jail policy and are necessarily law enforcement activities.  Once a defendant has asserted the defense of qualified immunity and shown that he was acting within his discretionary authority, the threshold inquiry a court must undertake is whether the plaintiff's allegations, if true, establish a constitutional violation.  Saucier v. Katz, 533 U.S. 194, 201 (2001).  This initial inquiry is whether "[t]aken in the light most favorable to the party asserting the injury, do the facts alleged show the officer's conduct violated a constitutional right?"  Id. (citing Siegert v. Gilley, 500 U.S. 226, 232 (1991)).

**a.    None of these Defendants have violated Plaintiff's federally protected rights.**

In order to prevail under 42 U.S.C. § 1983 on his deliberate indifference claim, the Plaintiff must demonstrate that these Defendants were deliberately indifferent to a "serious" medical condition, such that the Defendants' conduct constitutes an Eighth Amendment

violation.[3]  See Hudson v. McMillian, 503 U.S. 1, 9 (1992) ("Because society does not expect that prisoners will have unqualified access to health care, deliberate indifference to medical needs amounts to an Eighth Amendment violation only if those needs are 'serious.'") (citing Estelle v. Gamble, 429 U.S. 97, 103-104 (1976).  In Estelle, the Supreme Court stated:

> [I]n the medical context, an inadvertent failure to provide adequate medical care cannot be said to constitute 'an unnecessary and wanton infliction of pain' or to be 'repugnant to the conscience of mankind.'  Thus, a complaint that a physician has been negligent in diagnosing or treating a medical condition does not state a valid claim of medical mistreatment under the Eighth Amendment.  Medical malpractice does not become a constitutional violation merely because the victim is a prisoner.  In order to state a cognizable claim, a prisoner must allege acts or omissions sufficiently harmful to evidence deliberate indifference to serious medical needs.  It is only such indifference that can offend "evolving standards of decency" in violation of the Eighth Amendment.

429 U.S. at 105-06 (emphasis added).  See also, Farmer v. Brennan, 511 U.S. 825, 837 (1994) ("Deliberate indifference describes a state of mind more blameworthy than negligence."). Furthermore, where a prisoner has received medical attention and the dispute concerns the adequacy of the medical treatment, deliberate indifference is not shown.  Hamm v. DeKalb County, 774 F.2d 1567 (11th Cir. 1985).

In the instant case, the Plaintiff has not shown that he had a serious medical condition. However, even assuming that the Plaintiff's medical condition was serious, he was provided extensive treatment by these Defendants.  As the evidence indicates, the Plaintiff was taken to see Dr. Weaver at the Coosa Valley Family Medical Center in Rockford, Alabama, eight different times for his nasal condition since his incarceration, and he was also taken to see Dr. James at the Russell Medical Center in Alexander City, Alabama, as well as Dr. Blythe at East

---

[3]   The Fourteenth Amendment analysis for a pretrial detainee, as the Plaintiff was during part of the time relevant to his allegations in the Amended Complaint, is the same as an Eighth Amendment analysis.  See Andujar v. Rodriguez, 486 F.3d 1199, 1203 n.3 (11th Cir. 2007) ("Claims of deliberate indifference to the serious medical needs of pretrial detainees are governed by the Fourteenth Amendment's Due Process Clause rather than by the Eighth Amendment's Cruel and Unusual Punishment Clause, which governs similar claims by convicted prisoners. Lancaster v. Monroe County, 116 F.3d 1419, 1425 n. 6 (11th Cir. 1997).  Because "[w]e have held that the minimum standard for providing medical care to a pre-trial detainee under the Fourteenth Amendment is the same as the minimum standard required by the Eighth Amendment for a convicted prisoner," we analyze Andujar's claim under the decisional law of both amendments. Id.").

Alabama Ear Nose and Throat Specialists in Opelika, Alabama. These Defendants even contacted the Coosa County Circuit Court to ensure that the Plaintiff could be furloughed so that he could pursue the course of treatment he desired. Accordingly, the Plaintiff has failed to state a claim against these Defendants for deliberate indifference to those conditions because he *received medical treatment*, and he received that treatment abundantly and without delay. Such attention to the Plaintiff's medical conditions cannot be reasonably construed as indifference that offends the "evolving standards of decency" in violation of the Eighth Amendment.

An inmate does not have a right to a *specific* kind of treatment. City of Revere v. Massachusetts General Hosp., 463 U.S. 239, 246 (1983) (holding, "the injured detainee's constitutional right is to receive the needed medical treatment; *how [a municipality] obtains such treatment is not a federal constitutional question*.") (emphasis added). Additionally, this Court should not substitute its medically untrained judgment for the professional judgment of the medical health professionals who treated Plaintiff. See Waldrop v. Evans, 871 F.2d 1030, 1035 (11th Cir. 1989) (observing that "when a prison inmate has received medical care, courts hesitate to find an Eighth Amendment violation"); Hamm v. DeKalb County, 774 F.2d 1567, 1575 (11th Cir. 1985) (stating that the evidence showed the plaintiff received "significant" medical care while in jail, and although plaintiff may have desired different modes of treatment, care provided by jail did not constitute deliberate indifference), cert. denied, 475 U.S. 1096 (1986); Westlake v. Lucas, 537 F.2d 857, 860 n.5 (6th Cir. 1976) (stating "Where a prisoner has received some medical attention and the dispute is over the adequacy of the treatment, federal courts are generally reluctant to second guess medical judgments").

Furthermore, these Defendants do not have any kind of medical education, training or experience. (Mull Aff., ¶ 30.) They rely upon the professional judgment of medical professionals who have been retained to provide care to the inmates. In Williams v. Limestone

County, 198 Fed. App'x 893 (11th Cir. 2006), the Eleventh Circuit had addressed in an unpublished opinion the issue of whether an inmate may maintain a medical claim under the auspices of § 1983 against prison officials with no medical background.  In Williams, the Eleventh Circuit held that a Sheriff was not liable for failure to train his employees in emergency medical procedures.  In so holding, the Court noted:

> [W]e cannot say, on this record, that "the need for more or different training [was] obvious," such that by failing to ensure jail personnel were trained in emergency medical procedures, Sheriff Blakely disregarded a substantial risk that the jail staff would be deliberately indifferent to inmates' medical needs ….
>
> [T]here is no indication from the record that Sheriff Blakely had notice his policies, training procedures, or supervision were "likely to result in the violation of a constitutional right." ….
>
> [S]upervisory officials are entitled to rely on medical judgments made by medical professionals responsible for prisoner care.  See, e.g., Durmer v. O'Carroll, 991 F.2d 64, 69 (3d Cir.1993); White v. Farrier, 849 F.2d 322, 327 (8th Cir.1988).  In this case, Sheriff Blakely promulgated general procedures for dealing with emergency situations, which procedures relied primarily on the medical expertise Naphcare was obligated by contract to provide ….  "[D]eliberate indifference is a stringent standard of fault, requiring proof that [the] actor disregarded a known or obvious consequence of his action."  Bd. of County Comm'rs v. Brown, 520 U.S. 397, 117 S. Ct. 1382, 1391, [] (1997).  See also Adams v. Poag, 61 F.3d 1537, 1543 (11th Cir. 1995).  Williams [the plaintiff], as the district court concluded, thus failed to meet his burden on summary judgment of establishing that Sheriff Blakely's failure to train jail personnel amounted to deliberate indifference to Williams' serious medical condition.

198 Fed. App'x at 897-98.

The Eighth Circuit has also addressed whether a Sheriff's jail administrator may be held liable for claims of deliberate indifference to a medical condition when medical treatment is provided.  In Meloy v. Bachmeier, 302 F.3d 845 (8th Cir. 2002), a former inmate sued several prison doctors, a nurse, and the prison's medical director[4] for failing to provide him with a positive air pressure machine needed to treat his sleep apnea.  302 F.3d at 847.  Reversing the district court's denial of summary judgment for the director, the Eighth Circuit began by making

---

[4] The medical director was a trained and licensed nurse.  302 F.3d at 846.

some common sense observations.  "A prison's medical treatment director who lacks medical expertise cannot be liable for the medical staff's diagnostic decisions."  302 F.3d at 847 <u>citing</u>, <u>Camberos v. Branstad</u>, 73 F.3d 174, 176 (8th Cir. 1995).  Further, the <u>Meloy</u> court stated "[p]rison officials cannot substitute their judgment for a medical professional's prescription." <u>Id.</u> citing, <u>Zentmyer v. Kendall County</u>, 220 F.3d 805, 812 (7th Cir. 2000).  Finally, the court held:

> The law does not clearly require an administrator with less medical training to second-guess or disregard a treating physician's treatment decision.  Because the law was not clearly established that [the director] was deliberately indifferent to [the plaintiff's] serious medical needs, [the director] is entitled to qualified immunity.

302 F.3d at 849.

Because these Defendants provided the Plaintiff medical care abundantly and without delay, he has failed to state a claim against them for deliberate indifference to his medical condition.

> **b.    Neither the case law of the Eleventh Circuit nor the United States Supreme Court, nor that of the Alabama Supreme Court, placed these Defendants on notice that their conduct would violate Plaintiff's "clearly established" federal rights.**

Even had the Plaintiff successfully stated a constitutional violation, he still bears the burden of showing that the state of the law provided these Defendants with "fair warning" that their conduct would violate the Plaintiff's "clearly established" federal rights.  <u>Willingham v. Loughnan</u>, 321 F.3d 1299, 1301 (11th Cir. 2003).  In determining whether the conduct of the Defendants was clearly established as violating the Plaintiff's constitutional rights, the reviewing court must examine the state of the law at the time the alleged deprivation occurred.  <u>See</u> <u>Rodgers v. Horsley</u>, 39 F.3d 308, 311 (11th Cir. 1994).  A constitutional right is clearly established only if its contours are "sufficiently clear that a reasonable official would understand that what he is doing violates that right."  <u>Anderson v. Creighton</u>, 483 U.S. 635, 640 (1987); <u>Lancaster</u>, 116 F.3d at 1424.  "Unless a government agent's act is so obviously wrong, in the light of pre-existing law, that

only a plainly incompetent officer or one who was knowingly violating the law would have done such a thing, the government actor has immunity from suit." Storck v. City of Coral Springs, 354 F.3d 1307, 1318 (11th Cir. 2003), 354 F.3d at 1318 (quoting 28 F.3d at 1149). As the Eleventh Circuit has explained, "[a] plaintiff cannot rely on . . . 'broad legal truisms' to show that a right is clearly established. . . . '[i]f case law, in factual terms, has not staked out a bright line, qualified immunity almost always protects the defendant.'" Kelly v. Curtis, 21 F.3d 1544, 1550 (11th Cir. 1994) (reversing denial of qualified immunity as to some defendants) (quoting Post v. City of Fort Lauderdale, 7 F.3d 1552, 1557 (11th Cir. 1992)).

"In this circuit, the law can be 'clearly established' for qualified immunity purposes only by decisions of the U.S. Supreme Court, Eleventh Circuit Court of Appeals, or the highest court of the state where the case arose," here, the Alabama Supreme Court. Jenkins v. Talladega Bd. of Educ., 115 F.3d 821, 827 (11th Cir. 1997) (en banc) (citations omitted).

Neither the United States Supreme Court, nor the Eleventh Circuit, nor the Alabama Supreme Court has held a sheriff, a jail administrator, or a corrections officer liable under 42 U.S.C. § 1983 for deliberate indifference to an inmate's medical needs when the inmate was treated by a medical professional often and without delay. As noted above, the Eleventh Circuit has recognized a cause of action for deliberate indifference, where an inmate can establish that the "deprivation alleged must be, objectively, 'sufficiently serious' and must "'implicate[] the Eighth Amendment.'" Therefore, these Defendants cannot be deemed to have violated the Plaintiff's "clearly established" rights under the existing caselaw.

> **c.**    **The text of the constitutional provisions that Plaintiff alleges were violated do not on their face prohibit the Defendants' conduct.**

The Eleventh Circuit has recognized an alternate method for establishing that the Defendants had notice that their conduct was unlawful. Accordingly, even where the Plaintiff

cannot demonstrate that the caselaw provides these Defendants notice that their conduct violates his constitutional rights, as is the case here, he can establish that these Defendants still had "fair warning" of the constitutional deficiencies of their conduct from the text of the constitutional provision in question.  In such a case, Plaintiff must either demonstrate that the pertinent federal statute or federal constitutional provision is specific enough on its face to prohibit the Defendants' conduct as unconstitutional, even in the total absence of caselaw.  Storck, 354 F.3d at 1317.  The Eleventh Circuit has identified the latter method as an "obvious clarity" case.  Vinyard v. Wilson, 311 F.3d 1340, 1350 (11th Cir. 2002) (footnote omitted).  To establish this case as an "obvious clarity" case, Plaintiff must show that "the words of the pertinent federal statute or federal constitutional provision" establishing the federal right allegedly violated are "specific enough to establish clearly the law applicable to particular conduct" such that "case law is not needed to establish that the conduct cannot be lawful."  Vinyard, 311 F.3d at 1350.

Neither the text of the Eighth Amendment, nor the text of the Fourteenth Amendment on its face, prohibits the conduct of the Defendants in this case as unconstitutional.  Even if Plaintiff had alleged conduct that violated his constitutional rights, neither the relevant bodies of caselaw nor the text of the relevant constitutional provisions would have put these Defendants on notice that their conduct would have violated the Plaintiff's constitutional rights.

**E.      The Plaintiff has failed to allege personal involvement as required by 42 U.S.C. § 1983.**

In order to establish a constitutional violation for conduct under § 1983, the Plaintiff must allege personal involvement on behalf of these Defendants.  The language of 42 U.S.C. § 1983 requires proof of an affirmative causal connection between the actions taken by the Defendants and the constitutional deprivation.  Swint v. City of Wadley, 51 F.3d 988 (11th Cir. 1995).  The requisite causal connection may be shown by the personal participation of the Defendants, a policy established by the Defendants resulting in indifference to constitutional rights or a breach of a duty

imposed state of local law which results in constitutional injury. <u>Zatler v. Wainwright</u>, 802 F.2d 397 (11th Cir. 1986).

The Plaintiff has failed to allege that Sheriff Wilson was in any way personally involved in the allegations surrounding the Plaintiff's claims. The Plaintiff has offered no allegation demonstrating that Sheriff Wilson was in any way involved in the conduct that the Plaintiff alleges is unconstitutional. There are absolutely no facts in the record to show that these Defendants personally participated in the circumstances surrounding the Plaintiff's claims, nor does the Plaintiff allege specifically how these Defendants violated his constitutional rights.

The Eleventh Circuit in <u>Hartley v. Parnell</u>, 193 F.3d 1263 (11th Cir. 1999), established exactly what is required to state a claim (or prove) supervisory liability:

> Supervisory liability [under § 1983] occurs either when the supervisor personally participates in the alleged constitutional violation or when there is a causal connection between actions of the supervising official and the alleged constitutional deprivation. The causal connection can be established when a history of widespread abuse puts the responsible supervisor on notice of the need to correct the alleged deprivation, and he fails to do so. The deprivations that constitute widespread abuse sufficient to notify the supervising official must be "obvious, flagrant, rampant and of continued duration, rather than isolated occurrences." <u>Brown v. Crawford</u>, 906 F.2d 667, 671 (11th Cir. 1990) (citations omitted).

193 F.3d at 1269. The causal connection may also be established where the supervisor's improper "custom or policy . . . result[s] in deliberate indifference to constitutional rights." <u>Rivas v. Freeman</u>, 940 F.2d 1491, 1495 (11th Cir. 1991) (citing <u>Zatler v. Wainwright</u>, 802 F.2d 397 (11th Cir. 1986)). In light of the applicable law, Plaintiff's allegations are insufficient to create liability on the part of the Defendants. As such, all the Plaintiff's claims against Sheriff Wilson are due to be dismissed.

**F.    There is no *respondeat superior* liability under 42 U.S.C. § 1983.**

Because the Plaintiff's Amended Complaint contains no allegations demonstrating that Sheriff Wilson was in any way involved in the actions he claims were constitutionally infirm, the

Plaintiff's § 1983 claim is based upon nothing more than *respondeat superior* and fails to state a claim for which relief may be granted against these Defendants. Neither the express language of § 1983 nor the holdings of the United States Supreme Court support liability on this basis.

42 U.S.C. § 1983 provides in pertinent part:

> Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, **subjects, or causes to be subjected**, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress . . . .

(Emphasis added.) The language of the statute requires that there be a direct causal link between plaintiff and the actions of a putative defendant. Merely employing an individual who causes harm is insufficient to invoke the remedy of this statute.

The United States Supreme Court addressed this exact issue and adopted this holding nearly 30 years ago. Monell v. Dep't of Soc. Servs., 436 U.S. 658, 98 S. Ct. 2018 (1978). In Monell, the court cited § 1983 and held, "a municipality cannot be held liable under § 1983 on a *respondeat superior* theory." 436 U.S. at 691. Accordingly, as both the explicit text of § 1983 and the opinions of the United States Supreme Court forbid vicarious liability, the Plaintiff's *respondeat superior* claims must fail.

## CONCLUSION

Sheriff Wilson, Administrator Mull, and Lieutenant Stover deny each and every allegation made by Plaintiff, David Lee Norman, in his Complaint. These Defendants have not acted in a manner so as to deprive the Plaintiff of any right to which he is entitled.

## MOTION FOR SUMMARY JUDGMENT

Sheriff Wilson, Administrator Mull, and Lieutenant Stover respectfully request that this Court treat their Special Report as a Motion for Summary Judgment, and grant unto them the same.

Respectfully submitted this 19th day of November, 2007.

**s/Joseph L. Hubbard, Jr.**
JOSEPH L. HUBBARD, JR., Bar Number HUB015
Attorney for Defendants
WEBB & ELEY, P.C.
7475 Halcyon Pointe Drive (36117)
Post Office Box 240909
Montgomery, Alabama  36124
Telephone:  (334) 262-1850
Fax:  (334) 262-1889
E-mail:  jhubbard@webbeley.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this the 19th day of November, 2007, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

David Lee Norman
Coosa County Jail
P. O. Box 279
Rockford, Alabama  36420

**s/Joseph L. Hubbard, Jr.**
OF COUNSEL

# Exhibit A
# Inmate Records of David Lee Norman
# Arrest & Booking Report

```
                         OSA COUNTY SHERIFF'S OFF
12/2007      01:14:58      INMATE BOOKING SHEET                      PAGE    1
==============================================================================
BOOKING NO: 070000141

INMATE NAME: NORMAN DAVID LEE
      ALIAS:
      ALIAS:                              RACE: B      SEX: M
    ADDRESS: 375 CO RD 93                 HT: 5'09"  HAIR: BLK
 CITY/ST/ZIP: KELLYTON, AL 35089          WT: 180    EYES: BRO
 HOME PHONE: 256-377-4979             COMPLEX:
        DOB: 12/16/1974  AGE:  32          SSN: 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
 PLCE BIRTH: DETRIOT                   DL ST: AL      DLN: 6275151
      STATE: MI                          SID:
  M. STATUS:                            LOCID: 050000545
   RELIGION: BAPTIST
 GANG ASSOC: N
SCARS/TATTOOS:
KNOWN ENEMIES:
    REMARKS:
------------------------------ NEXT OF KIN ----------------------------------
 NEXT OF KIN: BENSON HELEN             RELATIONSHIP: MOTHER
     ADDRESS: 375 CO RD 93                 PHONE: 256-377-4979
 CITY/ST/ZIP: KELLYTON, AL 35089
    REMARKS:
----------------------------- EMPLOYER INFO ---------------------------------
   EMPLOYED: Y
EMPLOYER NAME: SCOTTDALE
     ADDRESS:
 CITY/ST/ZIP: B'HAM, AL
       PHONE: 000-000-0000
------------------------------- MEDICAL -------------------------------------
 HANDICAPPED: N  NEEDS: NO
     GLASSES: N  SMOKE: N
                      NEEDS: HIGH BLOOD PRESSURE
        PHYSICIAN: DR JAMES              PHONE: 000-000-0000
    REMARKS:

    REMARKS:
    REMARKS:
------------------------------- PROPERTY ------------------------------------
        CASH:      $19.92
 DESCRIPTION: GREEN SHIRT BLUE JEANS BROWN SHOES
ADD. PROPERTY: LIP BALM,KEY
ADD. PROPERTY:
ADD. PROPERTY:
  BIN NUMBER: PROP CLOSET
VEH IMPOUNDED:
 IMPOUND LOT:
    REMARKS:
    REMARKS:
==============================================================================
```

I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: X _David Thomas_      DATE:_____   TIME:_____

BOOK OFFICER:_____   DATE:_____   TIME:_____

```
                              COOSA COUNTY SHERIFF'S OFF
03/22/2007    01:14:58         INMATE BOOKING SHEET                    PAGE    2
================================================================================
BOOKING NO: 070000141    INMATE NAME: NORMAN DAVID LEE
================================================================================
          COURT: DISTRICT            ATTORNEY ON REC:
          JUDGE: TEEL                       PHONE: 000-000-0000
        REMARKS:
        REMARKS:
--------------------------------------------------------------------------------
     BOOK DATE: 03/22/2007  BOOK TIME: 00:51  BOOK TYPE: NORMAL

   ARREST DATE: 03/21/2007           BOOKING OFFICER: THREATS
   ARREST DEPT: CCSO                 CELL ASSIGNMENT: A202
 ARRST OFFICER: BURKE                      MEAL CODE: 01   COOSA COUNTY
 PROJ. RLSDATE: 00/00/0000                  FACILITY: 01   COUNTY JAIL
  SEARCH OFFCR: THREATS               CLASSIFICATION:
   TYPE SEARCH: STRIP                   WORK RELEASE: N
 INTOX RESULTS:

         HOLDS: N
        AGENCY:                 REASON:
        AGENCY:                 REASON:
        AGENCY:                 REASON:
        AGENCY:                 REASON:

         NOTES:
         NOTES:
         NOTES:
```

```
03/22/2007    01:14:58          COOSA COUNTY SHERIFF'S OFF.
                                  INMATE CHARGE SHEET                         PAGE    3
==================================================================================
BOOKING NO: 070000141        INMATE NAME: NORMAN DAVID LEE
==================================================================================
   CHARGE NO:   1  DISPOSITION: PENDING         HOLD: N

ALA STATUTE: 15-2-76                   # OF COUNTS:    1
     OFFENSE: PROVATION VIOLATION        WARRANT #: CC2006.045
      CASE #: 070300376
    BOND AMT:                                FINE:        $0.00
    BAIL AMT:
 INIT APPEAR: 00/00/0000             SENTENCE DATE: 00/00/0000
 RELEASE DTE: 00/00/0000
 ARREST DATE: 03/21/2007              ARST AGENCY: CCSO
 ARST OFFICR: BURKE                       COUNTY: COOSA
       COURT: DISTRICT                     JUDGE: TEEL
 DEF ATTORNY:                        DIST ATTORNEY:
    COMMENTS:
    COMMENTS:
    COMMENTS:
--------------------------------------------------------------------------------
```

**Exhibit B**
**Affidavit of Mike Mull**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| DAVID LEE NORMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.  2:07-cv-903-WKW |
| | ) | |
| MIKE MULL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### AFFIDAVIT OF MIKE MULL

| | |
|---|---|
| STATE OF ALABAMA | ) |
| | ) |
| COUNTY OF COOSA | ) |

**BEFORE ME**, the undersigned authority and Notary Public in and for said County and State at large, personally appeared Mike Mull, who being known to me and being by me first duly sworn on oath deposes and says as follows:

1.     My name is Mike Mull. I am over the age of nineteen and competent to make this affidavit.

2.     I am the Jail Administrator for the Coosa County Jail. I have served in that position since March of 2007. I served as a Dispatcher and Jailer for the Sylacauga Police Department from 2000 to 2007. I also served as a Military Police Officer with the United States Army from 1994 to 1999. I have over thirteen years of law enforcement experience.

3.     I have read Mr. Norman's Complaint and have personal knowledge of the facts underlying his allegations.

4.     Mr. Norman first requested medical treatment for his nasal polyp on March 25, 2007. He was scheduled to see Dr. Weaver at the Coosa Valley Family Medical Center in Rockford, Alabama.

1

5.      After he was scheduled for that appointment, Mr. Norman filed two additional medical requests for his nasal polyp, both on March 27, 2007, prior to being taken to his appointment.

6.      On March 29, 2007, Mr. Norman was taken to see Dr. Randall Weaver at the Coosa Valley Family Medical Center.  After treating Mr. Norman, Dr. Weaver scheduled a follow-up visit.

7.      In an undated medical request form, Mr. Norman requested further treatment for his nasal polyp, but specifically requested treatment from Dr. Anthony McLeod at the Russell Medical Center in Alexander City, Alabama.

8.      Mr. Norman was taken to see Dr. Weaver on April 1, 2007, and again on April 3, 2007, with a follow-up visit scheduled for April 11, 2007.

9.      On April 5, 2007, Mr. Norman filed another medical request form requesting additional medical treatment for his nasal polyp.  On April 12, 2007, Mr. Norman filed an additional medical request form specifically requesting treatment from Dr. McLeod at the Russell Medical Center.

10.     On April 19, 2007, Mr. Norman was again taken to see Dr. Weaver at the Coosa Valley Family Medical Center, and a follow-up appointment was made for April 26, 2007.

11.     On April 24, 2007, Mr. Norman was released on bond, and on August 12, 2007, Mr. Norman returned to the Coosa County Jail.

12.     On August 12, 2007, Mr. Norman requested treatment for his nasal polyp.

13.     On August 14, 2007, Mr. Norman was taken to Dr. Weaver at the Coosa Valley Family Medical Center, and a follow-up appointment was made for August 20, 2007.

14.     On August 21, 2007, Mr. Norman was taken to Dr. Weaver at the Coosa Valley Family Medical Center, and a follow-up appointment was made for September 4, 2007.

2

15.     On August 23, 2007, Mr. Norman filed another medical request for further treatment for his nasal polyp from Dr. McLeod at the Russell Medical Center. On September 3, 2007, Mr. Norman, again, requested that an appointment be made with Dr. McLeod. His medical request of September 11, 2007, requesting the same thing.

16.     I and Officer Parker spoke with administrative assistants for Dr. McLeod at the Russell Medical Center, and we were both informed that Dr. McLeod would not see Mr. Norman because Mr. Norman still owed him for his last visit.

17.     On September 12, 2007, Mr. Norman was taken to see Dr. Weaver at the Coosa Valley Family Medical Center, and a follow-up appointment was made for September 14, 2007.

18.     On September 13, 2007, Mr. Norman filed two additional medical request forms, both requesting treatment for his nasal polyp from Dr. McLeod at the Russell Medical Center.

19.     On September 14, 2007, Mr. Norman was taken to see Dr. Weaver at the Coosa Valley Family Medical Center.

20.     On September 17, 2007, Mr. Norman filed another medical request form for treatment of his nasal polyp. On September 19, 2007, Mr. Norman, again filed a medical request form for treatment of his nasal polyp. On September 26, 2007, Mr. Norman filed another medical request form for treatment of his nasal polyp. On October 2, 2007, Mr. Norman again filed a medical request form for treatment of his nasal polyp.

21.     On October 11, 2007, Mr. Norman was taken to see Dr. James at the Russell Medical Center.

22.     On October 29, 2007, I ordered Mr. Norman to be taken to Dr. William R. Blythe at East Alabama Ear Nose and Throat Specialists in Opelika, Alabama, to have his polyp examined. Dr. Blythe advised that surgery was an available treatment for Mr. Norman's nasal condition.

3

23.    On October 30, 2007, I called Judge Rochester at the Coosa Circuit Court and explained the situation, and he agreed to grant Mr. Norman a furlough to have the surgery done at his own expense.

24.    On October 30, 2007, the Coosa Circuit Court Ordered Mr. Norman to be released on furlough, and Mr. Norman was released that day.

25.    Mr. Norman's surgery was scheduled for November 1, 2007, with Dr. William R. Blythe at East Alabama Ear Nose and Throat Specialists in Opelika, Alabama.    It is my understanding that Mr. Norman had the surgery, and will return to Court in December.

26.    It is the policy of the Coosa County Jail that all inmates are permitted to submit grievances to the jail administration and that each grievance will receive a response.

27.    Inmate grievance forms are made available to inmates upon request, and upon completion, they should be delivered to the Jail Administrator, who will issue a written response to the inmate's grievance.

28.    If an inmate is dissatisfied with the response he receives, he may appeal, in writing, to the Chief Deputy Sheriff within 72 hours of receiving the response. The Chief Deputy Sheriff will have 72 hours from the date of the appeal to investigate the matter and issue a response. If an inmate is dissatisfied with the response he receives from the Chief Deputy Sheriff, he may appeal, in writing, within 72 hours of receiving the response, to the Sheriff, who will have 72 hours from the date of the appeal to investigate the matter and issue a response.

29.    Mr. Norman never filed a grievance concerning any of the allegations in his Complaint.

30.    Neither I, nor anyone else at the Coosa County Sheriff's Office, has any medical training or experience.

4

31.    I swear, to the best of my present knowledge and information that the above statements are true, that I am competent to make this affidavit, and that the above statements were made by drawing from my personal knowledge of the situation.

Executed on this the *16* day of November, 2007.

_____
MIKE MULL

**SWORN TO** and **SUBSCRIBED** before me this *16* day of November, 2007.

_____
NOTARY PUBLIC
My Commission Expires:_____9/30/2008_____

# Exhibit C
# Inmate Records of David Lee Norman

IN THE CIRCUIT COURT OF COOSA COUNTY, ALABAMA

STATE OF ALABAMA

VS.                                          CASE NO.  CC-2006-45.71

DAVID NORMAN

## ORDER

The Court having been notified that the above-named Defendant, David Norman, has a

medical condition that requires immediate treatment, it is hereby Ordered as follows:

The Sheriff of Coosa County is hereby Directed to furlough the above-named Defendant

to a relative on Tuesday, October 30, 2007, in order for Defendant to seek medical treatment.

Defendant is further Ordered to report to the Probation Officer on Monday, November 5,

2007, to determine whether he shall be returned to the Coosa County Jail.

Done and Ordered this 30th day of October, 2007.

JOHN B. ROCHESTER
PRESIDING CIRCUIT JUDGE



# East Alabama Ear, Nose & Throat, PC

Warren A. Stiles, M.D.
William R. Blythe, M.D., FACS
W. Stiles Whatley, M.D.

1965 First Avenue
Opelika, Alabama 36801
(334) 705-0012

To whom It May Concern:

David Norman presented to our office today with Bilateral NASAL polyps Both sides of his nose & all sinuses are completely full of Polyps & infection. This will not improve with Medicine.

He needs Endoscopic Sinus Surgery to remove the NASAL polyps & clean the Sinuses. Call me @ 334. 705- 0012 with questions

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: David Norman          CELL: 202

DATE: 3/25/07          TIME: 8:00

Please check one of the following:

✓ Medical _____ Commissary _____ Grievance _____ Other

Briefly state your request or list your commissary items below"

I need to get to the doctor. I haven't had my Blood pressure medicine in a week. I'm feel bad. Blood pressure is up, I dizzy at times. Blood pressure medicine Lotel 10/40.

I also need to see a doctor (Dr. ~~Mathag~~ MA Clode) for my nose pulp. It is hurting & I was due to have them cut out. They are also bleed at times. Could be ~~cananter~~ cancer. I need to get them looked at A.S.AP.

Inmate's signature David Norman

Do not write below—for reply only

Appointment made

Signature of Jail Officer receiving original request:

DAVID NORMAN                3/27/07              Block A

I Need to get or go to the Doctor for my Nose pulps (Bleeding
And Also My High Blood pressure. I have been off of my
medicine for about a week. I feeling dizzy. Dr. Goldhagen for my
Blood pressure and Dr. MAcloude for my Nose pulp. I was due to
have them cut out, Could be canser.

David Norman

See Appointment book

# Request Form

I Need to see the Doctor due to my Nose pulp, and my High Blood pressure. I currently Need to see the doctor because the pulp is bleeding At time And might be CANSER. As For my High Blood pressure. I need some Lotrel 10/40. I out of medicine. ~~~~~~~~~~~~ I don't feel good (dizzy).

Tue. 27
1500hrs

Dr. Goldhagan

Rpp. Made

Rite
Aid

Thank you!

David Norman
DAVID NORMAN

# COOSA VALLEY FAMILY MEDICINE

| CHILDERSBURG | ROCKFORD |
|---|---|
| 33733 U.S. Hwy 280 | Jackson Trace Rd. |
| Childersburg, AL 35044 | Rockford, AL 35136 |
| (256) 378-3301 | (256) 377-4368 |

ARRIVAL: _____

DEPARTURE: _____

| ✓ | CODE | PROCEDURE | ✓ | CODE | PROCEDURE | ✓ | CODE | PROCEDURE | ✓ | CODE | PROCEDURE | ✓ | CODE | PROCEDURE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **NEW PATIENT** | | | **PROCEDURES** | | | **X-RAY** | | | **PANELS** | | | **LABORATORY CONT.** |
| | 99201 | PROBLEM FOCUSED H&P, STFWD DEC MAK | | 92551 | AUDIOGRAM | | 73030 | SHOULDER | | 80051 | ELECTROLYTES | | 82270 | HEMOCCULT SLIDE AID |
| | 99202 | EXPANDED PROB-FOC H&P STFWD DEC MAK | | 93000 | EKG COMPLETE | | 73090 | ELBOW | | 80061 | LIPID | | 83036 | HgB A1C |
| | 99203 | DETAILED H&P, LOW COMPLEX DEC MAK | | 10060 | I & D ABSCESS OR FURUNCLE | | 73610 | ANKLE (3 VIEWS) | | 80076 | HEPATIC FUNCTION | | 80185 | PHENYTOIN (DILATIN) |
| | 99204 | COMP H&P, MOD COMPLEX DEC MAK | | 20550 | INJECTION, TRIGGER PT. | | 73630 | FOOT (3 VIEWS) | | 80048 | METABOLIC, BASIC | | 84132 | POTASSIUM |
| | 99205 | COMP H&P, HIGH COMPLEX DEC MAK | | | DIAG: _____ # INJS. | | 73510 | HIP | | 80053 | METABOLIC, COMPLETE | | 85610 | PROTIME |
| | | **ESTABLISHED PATIENT** | | 94640 | NON-PRESSURIZED INHALATION TREAT. | | 73562 | KNEE (W/ OBLIQUE) | | | **OTHER LAB** | | 84153 | PSA |
| | 99211 | MINIMAL VISIT | | G0102 | DIG. RECTAL EXAM SCREEN (DIAG. V76.44) | | 71100 | RIBS | | 84460 | ALT | | G0103 | PSA SCREENING (DIAG. V76. |
| | 99212 | PROB FOC H&P, LOW COMPLEX DEC MAK | | 94010 | SPIROMETRY | | 72110 | LUMBAR | | 84520 | BUN | | 87880 | RAPID STREP |
| | 99213 | EXP PROB FOC H&P, LOW COMPLEX DEC MAK | | 94060 | SPIROMETRY W/ BRONCHIAL DIL. | | 72170 | PELVIC | | 85025 | CBC, W/ PLATELET 5 PT DIFF | | 86592 | RPR |
| | 99214 | DETAILED H&P, MOD COMPLEX DEC MAK | | G0127 | TRIMMING OF NAILS | | 70220 | SINUS | | 82565 | CREATININE | | 85651 | SED RATE |
| | 99215 | COMP H&P, HIGH COMPLEX DEC MAK | | 69210 | REMOVAL OF IMPACTED CERUMEN | | 71020 | CHEST | | 80162 | DIGOXIN | | 84460 | SGPT |
| | | | | 20805 | INJ. JOINT WRIST / ELBOW | | 73110 | WRIST | | 82948 | GLUCOSE | | 99000 | SPECIMEN OTHER THAN BLOOD |
| | | | | | DIAG: _____ # INJS. | | | **INJECTIONS** | | 86677 | H. PYLORI | | 84439 | T4, FREE |
| | | | | 20610 | INJ. JOINT SHOULDER / KNEE / HIP | | | | | V77.91 | SCREENING CHOLESTEROL | | 84443 | TSH |
| | | | | | DIAG: _____ # INJS. | | | | | | | | 81002 | URINALYSIS |
| | | | | | | | | | | | | | | OTHER: |
| | | | | | | | | | | | | | | OTHER: |

REFERRED TO: DR. _____

WRITE IN DIAGNOSIS: _____

WRITE IN PROCEDURE: _____

| ✓ | CODE | DIAGNOSIS | ✓ | CODE | DIAGNOSIS | ✓ | CODE | DIAGNOSIS | ✓ | CODE | DIAGNOSIS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **CARDIOVASCULAR** | | | **GASTROINTESTINAL** | | | **NEUROLOGIC** | | | **RHEUMATOLOGIC / MUSCULOSKELETAL** |
| | 427.31 | ATRIAL FIBRILLATION | | 789.06 | ABDOMINAL PAIN, EPIGASTRIC | | 331.0 | ALZHEIMER'S | | 714.0 | ARTHRITIS / RHEUMATISM |
| | 414.00 | CAD (CORONARY ARTERY DIS.) / ASHD | | 789.07 | ABDOMINAL PAIN, GENERALIZED | | 354.0 | CARPAL TUNNEL SYNDROME | | 719.45 | ARTHRALGIA, HIP |
| | 786.50 | CHESTPAIN, UNSPEC. | | 789.04 | ABDOMINAL PAIN, LLQ | | 436 | CVA/ STROKE | | 726.10 | BURSITIS, SHOULDER |
| | 428.31 | HEART FAILURE, ACUTE DIASTOLIC | | 789.02 | ABDOMINAL PAIN, LUQ | | 311 | DEPRESSION | | 729.0 | FIBROMYALGIA |
| | 428.21 | HEART FAILURE, ACUTE SYSTOLIC | | 789.03 | ABDOMINAL PAIN, RLQ | | 307.81 | HEADACHE, TENSION | | 274.9 | GOUT |
| | 428.32 | HEART FAILURE, CHRONIC DIASTOLIC | | 789.01 | ABDOMINAL PAIN, RUQ | | 780.52 | INSOMNIA | | 724.2 | LOW BACK PAIN |
| | 428.22 | HEART FAILURE, CHRONIC SYS | | 564.0 | CONSTIPATION | | 346.10 | MIGRAINE | | 715.96 | OSTEOARTHRITIS, KNEE |
| | 428.20 | HEART FAILURE, UNSPE SYSTOLIC | | 787.91 | DIARRHEA | | 356.9 | NEUROPATHY, PERIPHERAL | | 715.91 | OSTEOARTHRITIS, SHOULDER |
| | 428.30 | HEART FAILURE, UNSP DIASTOLIC | | 536.8 | DYSPEPSIA | | 332.0 | PARKINSONISM | | 724.3 | SCIATICA |
| | 782.3 | EDEMA | | 530.81 | GASTROESOPHAGEAL REFLUX | | 780.39 | SEIZURES | | 845.00 | SPRAIN/STRAIN, ANKLE |
| | 402.10 | HTN HEART DIS, BENIGN W/O CHF | | 564.1 | IRRITABLE BOWEL SYNDROME | | 780.2 | SYNCOPE | | | **SKIN AND SUBCUTANEOUS** |
| | 401.1 | HTN, BENIGN | | 578.1 | MELENA | | 435.9 | TIA | | 682.6 | CELLULITIS OF LEG |
| | 458.0 | HYPOTENSION, ORTHOSTATIC | | 787.01 | NAUSEA W/ VOMITING | | 780.4 | VERTIGO / DIZZINESS | | 692.9 | CONTACT DERMATITIS |
| | 424.0 | MITRAL VALVE PROLAPSE | | 577.0 | PANCREATITIS | | | **RESPIRATORY/ENT** | | 053.9 | HERPES ZOSTER |
| | 785.1 | PALPITATIONS | | 787.03 | VOMITING | | 493.90 | ASTHMA W/O STATUS ASTHMATICUS | | 782.1 | RASH |
| | 443.9 | PERIPHERAL VASCULAR DIS, UNSPEC. | | | **GENITOURINARY** | | 466.0 | BRONCHITIS, ACUTE | | | |
| | 451.19 | THROMBOPHLEBITIS, OTHER FEMORAL VEIN | | 596.0 | BLADDER OUTLET OBSTRUCTION | | 491.20 | BRONCHITIS, CHRONIC OBSTRUCT, W/O ACUTE EXAC | | | **V CODES** |
| | | **ENDOCRINOLOGIC (NUTRITIONAL, METABOLIC)** | | 595.0 | CYSTITIS, ACUTE | | | | | V76.44 | PROSTATE CANCER SCREENING |
| | 276.5 | DEHYDRATION | | 788.1 | DYSURIA | | 491.21 | BRONCHITIS, CHRONIC OBSTRUCT, W/ ACUTE EXAC | | V76.49 | FLEX SIG SCREENING |
| | 250.01 | DM TYPE I, CONTROLLED | | 599.7 | HEMATURIA | | | | | V72.3 | GYNECOLOGICAL EXAM AND PAP |
| | 250.03 | DM TYPE I, UNCONTROLLED | | 607.84 | IMPOTENCE, ORGANIC | | 485 | BRONCHOPNEUMONIA | | V16.0 | HEMOCCULT SCREENING 1-3 |
| | 250.00 | DM TYPE II, CONTROLLED | | 788.43 | NOCTURIA | | 380.4 | CERUMEN IMPACTION | | V58.61 | LONG-TERM USE OF ANTI-COAGS |
| | 250.02 | DM TYPE II, UNCONTROLLED | | 593.9 | RENAL INSUFFICIENCY | | 496 | CHRONIC OBSTRUCTIVE PULMONARY DIS. | | V58.69 | LONG-TERM USE OF HI-RISK MEDS |
| | 250.50 | DM TYPE II, W/ RENAL MANIFEST | | 788.41 | URINARY FREQUENCY | | 786.2 | COUGH, CHRONIC, BRONCHIAL | | V70.0 | ROUTINE ANNUAL EXAM |
| | 780.6 | FEVER | | 599.0 | URINARY TRACT INFECTION | | 786.09 | DYSPNEA | | | |
| | 790.6 | HYPERGLYCEMIA | | | **HEMATOLOGY AND ONCOLOGY** | | 462 | PHARYNGITIS, ACUTE | | | **NOTES:** |
| | 272.4 | HYPERLIPIDEMIA | | 285.9 | ANEMIA, NOS | | 786.52 | PLEURISY | | | HTN |
| | 244.9 | HYPOTHYROIDISM | | 280.9 | ANEMIA, IRON DEFICIENCY | | 461.9 | SINUSITIS, ACUTE, NOS | | | 401.9 |
| | 278.00 | OBESITY, UNSPECIFIED | | 281.0 | ANEMIA, PERNICIOUS | | 465.9 | URI, ACUTE | | | |
| | 783.21 | WEIGHT LOSS, ABNORMAL | | 459.89 | ECCHYMOSIS | | | | | | |
| | | | | 782.61 | PALLOR | | | | | | |

ACCIDENT DATE: _____   HOME ☐   MVA ☐   OTHER ☐   DOCTOR'S SIGNATURE: _____

CERTAIN ROUTINE SERVICES NECESSARY FOR THE MAINTENANCE OF GOOD HEALTH MAY NOT BE COVERED BY YOUR INSURANCE CARRIER. YOU WILL BE EXPECTED TO PAY FOR THESE SERVICES IN FULL AT THE TIME OF SERVICE, OR WHEN BILLED, IF DENIED BY YOUR INSURANCE CARRIER. I UNDERSTAND I AM RESPONSIBLE FINANCIALLY TO THE PHYSICIAN FOR NON-COVERED SERVICES. I UNDERSTAND THE PHYSICIAN WILL FILE CLAIMS FOR ALL COVERED SERVICES TO MY INSURANCE CARRIER AND I REQUEST THAT PAYMENT OF AUTHORIZED MEDICARE, MEDIGAP OR MY DESIGNATED INSURANCE CARRIER BENEFITS TO BE MADE, ON MY BEHALF DIRECTLY TO THE PROVIDER FOR ANY SERVICES OR ITEMS FURNISHED TO ME BY THE PHYSICIAN OR SUPPLIER. I AUTHORIZE ANY HOLDER OF MEDICAL INFORMATION ABOUT ME TO RELEASE HEALTH CARE FINANCING ADMINISTRATION AND ITS AGENTS AUTHORIZED INSURANCE CARRIER ANY INFORMATION NEEDED TO DETERMINE THESE BENEFITS OR THE BENEFITS PAYABLE FOR RELATED SERVICES. I AUTHORIZE THE RELEASE OF ANY MEDICAL INFORMATION NECESSARY TO OTHER PHYSICIANS WHO MAY PARTICIPATE IN MY CARE; AND/OR, TO PROCESS MY INSURANCE CLAIM FILED FOR THE SERVICES DESCRIBED.

SIGNED _____   DATE 3/29/07   RETURN VISIT _____

(PATIENT OR PARENT IF MINOR)

☐ CASH   ☐ CHECK   ☐ CREDIT CARD   ☐ OTHER

☐ CHARGE
☐ PAYMENT
☐ CURRENT BALANCE

400 900

Wed 3/4/01 @ PPV
10:00 AM

Mon or Tue
( Not able to bring
him on these days )

# COOSA COUNTY JAIL
## INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: DAVID Norman    BLOCK A

DATE: April     2007    CELL: 202    TIME: 11:00 A.M.

Please check one of the following:

✓ Medical _____ Commissary _____ Grievance _____ Other

Briefly state your request or list your commissary items below"

I Need to Know when I'm going back to
the Doctor. my Blood pressure is up And I feeling
Dizzy. I Need to get my Blood pressure checked
And my Nasel ~~pup~~ pulp looked At (draining)
(Nose Bleed).

Inmate's signature _David Norman_

Do not write below—for reply only

1400  19 mar07  Weaver  APPOINTMENT

Signature of Jail Officer receiving original request:

# COOSA VALLEY FAMILY MEDICINE

| CHILDERSBURG | SYLACAUGA | ROCKFORD |
|---|---|---|
| 33733 U.S. Highway 280 | Jackson Street | ARRIVE: _____ |
| Childersburg, Al. 35044 | Rockford, Al. 36136 | BACK: _____ |
| (256) 378-3301 | (256) 377-4300 | DEPARTURE: _____ |

| CODE | PROCEDURE | CODE | PROCEDURE | CODE | PROCEDURE | CODE | PROCEDURE | CODE | PROCEDURE |
|---|---|---|---|---|---|---|---|---|---|
| 99201 | PROB DX FOCUSED HX, STRHG DEC MAK | 92551 | AUDIOGRAM | 73030 | SHOULDER | 80051 | ELECTROLYTES | 83270 | HEMOCCULT SLIDE A/O |
| 99202 | EXPANDED PROB FOC I HX, STRHG DEC MAK | 93000 | EKG COMPLETE | 73080 | ELBOW | 80061 | LIPID | 83036 | HgB A1C |
| 99203 | DETAILED HSX, LOW COMPLEX DEC MAK | 10060 | I & D ABSCESS OR FURUNCLE | 73610 | ANKLE (3 VIEWS) | 80076 | HEPATIC FUNCTION | 80185 | PHENYTOIN (DILATIN) |
| 99204 | COMP H&P, MOD COMPLEX DEC MAK | 20550 | INJECTION, TRIGGER PT. | 73630 | FOOT (3 VIEWS) | 80048 | METABOLIC, BASIC | 84132 | POTASSIUM |
| 99205 | COMP H&P, HIGH COMPLEX DEC MAK | | DIAG:        # INJS. | 73510 | HIP | 80053 | METABOLIC, COMPLETE | 85610 | PROTIME |
| | | 94640 | NONPRESSURED INHALATION THPY. | 73562 | KNEE (W/ OBLIQUE) | | | 84153 | PSA |
| 99211 | MINIMAL VISIT | G0102 | DIG. RECTAL EXAM SCREEN (DIAG. V76.44) | 71100 | RIBS | 84460 | ALT | G0103 | PSA SCREENING (DIAG. V76.44) |
| 99212 | PROB FOC H&P, LOW COMPLEX DX MAK | 94070 | SPIROMETRY | 72110 | LUMBAR | 84520 | BUN | 87880 | RAPID STREP |
| 99213 | EXP PROB FOC H&P, LOW COMPLEX DX C MAK | 94060 | SPIROMETRY W / BRONCHIAL DIL. | 72170 | PELVIC | 85025 | CBC, W/ PLATELET 5 PT DIFF | 86592 | RPR |
| 99214 | DETAILED H&P, MOD COMPLEX DX MAK | G0127 | TRIMMING OF NAILS | 70220 | SINUS | 82565 | CREATININE | 85651 | SED RATE |
| 99215 | COMP H&P, HIGH COMPLEX DEC. MAK | 69210 | REMOVAL OF IMPACTED CERUMEN | 71020 | CHEST | 80162 | DIGOXIN | 84460 | SGPT |
| | | 20605 | INJ. JOINT WRIST / ELBOW | 73110 | WRIST | 82948 | GLUCOSE | 99000 | SPECIMEN OTHER THAN BLOOD |
| | | | DIAG:        # INJS. | | | 86677 | H. PYLORI | 84439 | T4, FREE |
| | | 20610 | INJ. JOINT SHOULDER / KNEE / HIP | | | V77.91 | SCREENING CHOLESTEROL | 84443 | TSH |
| | | | DIAG:        # INJS. | | | | | 81002 | URINALYSIS |
| | | | | | | | | | OTHER: |
| | | | | | | | | | OTHER: |

REFERRED TO: DR. _____

WRITE IN PROCEDURE:

WRITE IN DIAGNOSIS:

| CODE | DIAGNOSIS | CODE | DIAGNOSIS | CODE | DIAGNOSIS | CODE | DIAGNOSIS |
|---|---|---|---|---|---|---|---|
| 427.31 | ATRIAL FIBRILLATION | 789.06 | ABDOMINAL PAIN, EPIGASTRIC | 331.0 | ALZHEIMERS | 714.0 | ARTHRITIS / RHEUMATISM |
| 414.00 | CAD / CORONARY ARTERY DIS / ASHD | 789.07 | ABDOMINAL PAIN, GENERALIZED | 354.0 | CARPAL TUNNEL SYNDROME | 719.45 | ARTHRALGIA, HIP |
| 786.50 | CHEST PAIN, UNSPEC. | 789.04 | ABDOMINAL PAIN, LLQ | 436 | CVA / STROKE | 726.10 | BURSITIS, SHOULDER |
| 428.31 | HEART FAILURE, ACUTE DIASTOLIC | 789.02 | ABDOMINAL PAIN, LUQ | 311 | DEPRESSION | 729.0 | FIBROMYALGIA |
| 428.21 | HEART FAILURE, ACUTE SYSTOLIC | 789.03 | ABDOMINAL PAIN, RLQ | 307.81 | HEADACHE, TENSION | 274.9 | GOUT |
| 428.32 | HEART FAILURE, CHRONIC DIASTOLIC | 789.01 | ABDOMINAL PAIN, RUQ | 780.52 | INSOMNIA | 724.2 | LOW BACK PAIN |
| 428.22 | HEART FAILURE, CHRONIC SYS | 564.0 | CONSTIPATION | 346.10 | MIGRAINE | 715.96 | OSTEOARTHRITIS, KNEE |
| 428.20 | HEART FAILURE, UNSPE SYSTOLIC | 787.91 | DIARRHEA | 356.9 | NEUROPATHY, PERIPHERAL | 715.91 | OSTEOARTHRITIS, SHOULDER |
| 428.30 | HEART FAILURE, UNSP DIASTOLIC | 536.8 | DYSPEPSIA | 332.0 | PARKINSONISM | 724.3 | SCIATICA |
| 782.3 | EDEMA | 530.81 | GASTROESOPHAGEAL REFLUX | 780.39 | SEIZURES | 845.00 | SPRAIN / STRAIN, ANKLE |
| 402.10 | HTN HEART DIS, BENIGN W/O CHF | 564.1 | IRRITABLE BOWEL SYNDROME | 780.2 | SYNCOPE | | |
| 401.1 | HTN, BENIGN | 578.1 | MELENA | 435.9 | TIA | 682.6 | CELLULITIS OF LEG |
| 458.0 | HYPOTENSION, ORTHOSTATIC | 787.01 | NAUSEA W/ VOMITING | 780.4 | VERTIGO / DIZZINESS | 692.9 | CONTACT DERMATITIS |
| 424.0 | MITRAL VALVE PROLAPSE | 577.0 | PANCREATITIS | | | 053.9 | HERPES ZOSTER |
| 785.1 | PALPITATIONS | 787.03 | VOMITING | 493.90 | ASTHMA W/O STATUS ASTHMATICUS | 782.1 | RASH |
| 443.9 | PERIPHERAL VASCULAR DIS, UNSPEC. | | | 466.0 | BRONCHITIS, ACUTE | | |
| 451.19 | THROMBOPHLEBITIS, OTHER FEMORAL VEN | 596.0 | BLADDER OUTLET OBSTRUCTION | 491.20 | BRONCHITIS, CHRONIC OBSTRUCT, W/O ACUTE EXAC | V76.44 | PROSTATE CANCER SCREENING |
| | | 595.0 | CYSTITIS, ACUTE | | | V76.49 | FLEX SIG SCREENING |
| 276.5 | DEHYDRATION | 788.1 | DYSURIA | 491.21 | BRONCHITIS, CHRONIC OBSTRUCT, W/ ACUTE EXAC | V72.3 | GYNECOLOGICAL EXAM AND PAP |
| 250.01 | DM TYPE I, CONTROLLED | 599.7 | HEMATURIA | 486 | BRONCHOPNEUMONIA | V18.0 | HEMOCCULT SCREENING 1-3 |
| 250.03 | DM TYPE I, UNCONTROLLED | 607.84 | IMPOTENCE, ORGANIC | 380.4 | CERUMEN IMPACTION | V58.61 | LONG-TERM USE OF ANTI-COAGS |
| 250.00 | DM TYPE II, CONTROLLED | 788.43 | NOCTURIA | 496 | CHRONIC OBSTRUCTIVE PULMONARY DIS. | V58.69 | LONG-TERM USE OF HI-RISK MEDS |
| 250.02 | DM TYPE II, UNCONTROLLED | 593.9 | RENAL INSUFFICIENCY | 786.2 | COUGH, CHRONIC, BRONCHIAL | V70.0 | ROUTINE ANNUAL EXAM |
| 250.60 | DM TYPE II, W / RENAL MANIFEST | 788.41 | URINARY FREQUENCY | 786.09 | DYSPNEA | | |
| 780.6 | FEVER | 599.0 | URINARY TRACT INFECTION | 462 | PHARYNGITIS, ACUTE | NOTE: |
| 790.6 | HYPERGLYCEMIA | | | 786.52 | PLEURISY | |
| 272.4 | HYPERLIPIDEMIA | 285.9 | ANEMIA, NOS | 461.9 | SINUSITIS, ACUTE, NOS | |
| 244.9 | HYPOTHYROIDISM | 280.9 | ANEMIA, IRON DEFICIENCY | 465.9 | URI, ACUTE | |
| 278.00 | OBESITY, UNSPECIFIED | 281.0 | ANEMIA, PERNICIOUS | | | |
| 783.21 | WEIGHT LOSS, ABNORMAL | 459.89 | ECCHYMOSIS | | | |
| | | 782.61 | PALLOR | | | |

ACCIDENT DATE: _____   HOME ☐   MVA ☐   DOCTOR'S SIGNATURE: _____

RETURN VISIT: 4/8/07

☐ CASH   ☐ CHECK   ☐ CREDIT CARD   ☑ OTHER

SIGNED: _____  (PATIENT OR PARENT IF MINOR)   DATE: 4/1/07   9:30

CHILDERSBURG
Childersburg, AL 35044
(256) 378-3301

ROCKFORD
Jackson S.
Rockford, AL 35136
(256) 377-4386

ARRIVAL: _____
BACK: _____
DEPARTURE: _____

| CODE | PROCEDURE NEW PATIENT | CODE | PROCEDURE PROCEDURES | CODE | PROCEDURE X-RAY | CODE | PROCEDURE PANELS | CODE | PROCEDURE LABORATORY CONT. |
|---|---|---|---|---|---|---|---|---|---|
| 99201 | PROBLEM FOCUSED H&P, ST/WD DEC MAK | 92551 | AUDIOGRAM | 73030 | SHOULDER | 8005 | ELECTROLYTES | 82270 | HEMOCCULT SLIDE AI |
| 99202 | EXPANDED PROB FOC H&P, ST/WD DEC MAK | 93000 | EKG COMPLETE | 73080 | ELBOW | 80061 | LIPID | 83036 | HgB A1C |
| 99203 | DETAILED H&P, LOW COMPLEX DEC MAK | 10060 | I & D ABSCESS OR FURUNCLE | 73610 | ANKLE (3 VIEWS) | 80076 | HEPATIC FUNCTION | 80185 | PHENYTOIN (DILATIN) |
| 99204 | COMP H&P, MOD COMPLEX DEC MAK | 20550 | INJECTION, TRIGGER PT. | 73630 | FOOT (3 VIEWS) | 80048 | METABOLIC, BASIC | 84132 | POTASSIUM |
| 99205 | COMP H&P, HIGH COMPLEX DEC MAK | DIAG: # INJS. | 73510 | HIP | 80053 | METABOLIC, COMPLETE | 85610 | PROTIME |
| | ESTABLISHED PATIENT | 94640 | NONPRESSURIZED INHALATION TREAT. | 73562 | KNEE (W / OBLIQUE) | | OTHER LAB | 84153 | PSA |
| 99211 | MINIMAL VISIT | G0102 | DIG. RECTAL EXAM SCREEN (DIAG. V78.44) | 71100 | RIBS | 84460 | ALT | G0103 | PSA SCREENING (DIAG. |
| 99212 | PROB FOC H&P, LOW COMPLEX DEC MAK | 94010 | SPIROMETRY | 72110 | LUMBAR | 84520 | BUN | 87880 | RAPID STREP |
| 99213 | EXP PROB FOC H&P, LOW COMPLEX DEC MAK | 94060 | SPIROMETRY W / BRONCHIAL DIL | 72170 | PELVIC | 85025 | CBC, W / PLATELET S PT DIFF | 86592 | RPR |
| 99214 | DETAILED H&P, MOD COMPLEX DEC MAK | G0127 | TRIMMING OF NAILS | 70220 | SINUS | 82565 | CREATININE | 85651 | SED RATE |
| 99215 | COMP H&P, HIGH COMPLEX DEC MAK | 69210 | REMOVAL OF IMPACTED CERUMEN | 71020 | CHEST | 80162 | DIGOXIN | 84460 | SGPT |
| | | 20605 | INJ. JOINT WRIST / ELBOW | 73110 | WRIST | 82948 | GLUCOSE | 99000 | SPECIMEN OTHER THAN BL |
| | | DIAG: # INJS. | | INJECTIONS | 86677 | H. PYLORI | 84439 | T4, FREE |
| | | 20610 | INJ. JOINT SHOULDER / KNEE / HIP | | | V77.91 | SCREENING CHOLESTEROL | 84443 | TSH |
| | | DIAG: # INJS. | | | | | 81002 | URINALYSIS |
| | | | | | | | | | OTHER: |
| | | | | | | | | | OTHER: |

REFERRED TO: DR.

WRITE IN
PROCEDURE:

WRITE IN
DIAGNOSIS:

| CODE | DIAGNOSIS CARDIOVASCULAR | CODE | DIAGNOSIS GASTROINTESTINAL | CODE | DIAGNOSIS NEUROLOGIC | CODE | DIAGNOSIS RHEUMATOLOGIC / MUSCULOSKELETAL |
|---|---|---|---|---|---|---|---|
| 427.31 | ATRIAL FIBRILLATION | 789.06 | ABDOMINAL PAIN, EPIGASTRIC | 331.0 | ALZHEIMERS | 714.0 | ARTHRITIS / RHEUMATISM |
| 414.00 | CAD (CORONARY ARTERY DIS) / ASHD | 789.07 | ABDOMINAL PAIN, GENERALIZED | 354.0 | CARPAL TUNNEL SYNDROME | 719.45 | ARTHRALGIA, HIP |
| 786.50 | CHEST PAIN, UNSPEC. | 789.04 | ABDOMINAL PAIN, LLQ | 436 | CVA / STROKE | 726.10 | BURSITIS, SHOULDER |
| 428.31 | HEART FAILURE, ACUTE DIASTOLIC | 789.02 | ABDOMINAL PAIN, LUQ | 311 | DEPRESSION | 729.0 | FIBROMYALGIA |
| 428.21 | HEART FAILURE ACUTE SYSTOLIC | 789.03 | ABDOMINAL PAIN, RLQ | 307.81 | HEADACHE, TENSION | 274.9 | GOUT |
| 428.32 | HEART FAILURE, CHRONIC DIASTOLIC | 789.01 | ABDOMINAL PAIN, RUQ | 780.52 | INSOMNIA | 724.2 | LOW BACK PAIN |
| 428.22 | HEART FAILURE, CHRONIC SYS | 564.0 | CONSTIPATION | 346.10 | MIGRAINE | 715.96 | OSTEOARTHRITIS, KNEE |
| 428.20 | HEART FAILURE, UNSPE SYSTOLIC | 787.91 | DIARRHEA | 356.9 | NEUROPATHY, PERIPHERAL | 715.91 | OSTEOARTHRITIS, SHOULDER |
| 428.30 | HEART FAILURE, UNSP DIASTOLIC | 536.8 | DYSPEPSIA | 332.0 | PARKINSONISM | 724.3 | SCIATICA |
| 782.3 | EDEMA | 530.81 | GASTROESOPHAGEAL REFLUX | 780.39 | SEIZURES | 845.00 | SPRAIN/STRAIN, ANKLE |
| 402.10 | HTN HEART DIS, BENIGN W/O CHF | 564.1 | IRRITABLE BOWEL SYNDROME | 780.2 | SYNCOPE | | SKIN AND SUBCUTANEOUS |
| 401.1 | HTN, BENIGN | 578.1 | MELENA | 435.9 | TIA | 682.6 | CELLULITIS OF LEG |
| 458.0 | HYPOTENSION, ORTHOSTATIC | 787.01 | NAUSEA W / VOMITING | 780.4 | VERTIGO / DIZZINESS | 692.9 | CONTACT DERMATITIS |
| 424.0 | MITRAL VALVE PROLAPSE | 577.0 | PANCREATITIS | | RESPIRATORY / ENT | 053.9 | HERPES ZOSTER |
| 785.1 | PALPITATIONS | 787.03 | VOMITING | 493.90 | ASTHMA W/O STATUS ASTHMATICUS | 782.1 | RASH |
| 443.9 | PERIPHERAL VASCULAR DIS, UNSPEC. | | GENITOURINARY | 466.0 | BRONCHITIS, ACUTE | | |
| 451.19 | THROMBOPHLEBITIS, OTHER FEMORAL VEIN | 596.0 | BLADDER OUTLET OBSTRUCTION | 491.20 | BRONCHITIS, CHRONIC OBSTRUCT, W/O ACUTE EXAC | | V CODES |
| | ENDOCRINOLOGIC (NUTRITIONAL, METABOLIC) | 595.0 | CYSTITIS, ACUTE | | | V76.44 | PROSTATE CANCER SCREENING |
| 276.5 | DEHYDRATION | 788.1 | DYSURIA | 491.21 | BRONCHITIS, CHRONIC OBSTRUCT, W/ ACUTE EXAC | V76.49 | FLEX SIG SCREENING |
| 250.01 | DM TYPE I, CONTROLLED | 599.7 | HEMATURIA | 485 | BRONCHOPNEUMONIA | V72.3 | GYNECOLOGICAL EXAM AND PAP |
| 250.03 | DM TYPE I, UNCONTROLLED | 607.84 | IMPOTENCE, ORGANIC | 380.4 | CERUMEN IMPACTION | V16.0 | HEMOCCULT SCREENING 1-3 |
| 250.00 | DM TYPE II, CONTROLLED | 788.43 | NOCTURIA | 496 | CHRONIC OBSTRUCTIVE PULMONARY DIS. | V58.61 | LONG-TERM USE OF ANTI- COAGS |
| 250.02 | DM TYPE II, UNCONTROLLED | 593.9 | RENAL INSUFFICIENCY | 786.2 | COUGH, CHRONIC, BRONCHIAL | V58.69 | LONG-TERM USE OF HI-RISK MEDS |
| 250.50 | DM TYPE II, W / RENAL MANIFEST | 788.41 | URINARY FREQUENCY | 786.09 | DYSPNEA | V70.0 | ROUTINE ANNUAL EXAM |
| 780.6 | FEVER | 599.0 | URINARY TRACT INFECTION | 462 | PHARYNGITIS, ACUTE | | |
| 790.6 | HYPERGLYCEMIA | | HEMATOLOGY AND ONCOLOGY | 786.52 | PLEURISY | | NOTES: |
| 272.4 | HYPERLIPIDEMIA | 285.9 | ANEMIA, NOS | 461.9 | SINUSITIS, ACUTE, NOS | | |
| 244.9 | HYPOTHYROIDISM | 280.9 | ANEMIA, IRON DEFICIENCY | 465.9 | URI, ACUTE | | |
| 278.00 | OBESITY, UNSPECIFIED | 281.0 | ANEMIA, PERNICIOUS | | | | |
| 783.21 | WEIGHT LOSS, ABNORMAL | 459.89 | ECCHYMOSIS | | | | |
| | | 782.61 | PALLOR | | | | |

ACCIDENT DATE: _____    HOME ☐    MVA ☐    OTHER ☐    DOCTOR'S SIGNATURE: _____

CERTAIN ROUTINE SERVICES NECESSARY FOR THE MAINTENANCE OF GOOD HEALTH MAY NOT BE COVERED BY YOUR INSURANCE CARRIER. YOU WILL BE EXPECTED TO PAY FOR THESE SERVICES IN FULL AT THE TIME OF SERVICE, OR WHEN BILLED, IF DENIED BY YOUR INSURANCE CARRIER. I UNDERSTAND I AM RESPONSIBLE FINANCIALLY TO THE PHYSICIAN FOR YOUR COVERED SERVICES. I UNDERSTAND THE PHYSICIAN WILL FILE CLAIMS FOR ALL COVERED SERVICES TO MY INSURANCE CARRIER AND I REQUEST THAT PAYMENT OF AUTHORIZED MEDICARE, MEDIGAP OR ANY DESIGNATED INSURANCE CARRIER BENEFITS TO BE MADE, ON MY BEHALF DIRECTLY TO THE PROVIDER FOR ANY SERVICES OR ITEMS FURNISHED TO ME BY THE PHYSICIAN OR SUPPLIER. I AUTHORIZE ANY HOLDER OF MEDICAL INFORMATION ABOUT ME TO RELEASE HEALTH CARE FINANCING ADMINISTRATION AND ITS AGENTS ANY MEDICAL INFORMATION NEEDED TO DETERMINE THESE BENEFITS OR THE BENEFITS PAYABLE FOR RELATED SERVICES. I AUTHORIZE THE RELEASE OF ANY MEDICAL INFORMATION NECESSARY TO OTHER PHYSICIANS WHO MAY PARTICIPATE IN MY CARE; AND/OR, TO PROCESS MY INSURANCE CLAIM FILED FOR THE SERVICES DESCRIBED.

SIGNED _Paul Nixon_    DATE _4/3/07_    RETURN VISIT _1/10/07 9:00_

☐ CASH
☐ CHECK
☐ CREDIT CARD
☐ OTHER

CHARGE
PAYMENT    0
CURRENT
BALANCE

BP V

400905

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: DAVID NORMAN    CELL: A

DATE: April 5, 2007    TIME: 11:05

Please check one of the following:

___✓___ Medical    _____ Commissary    _____ Grievance    _____ Other

Briefly state your request or list your commissary items below"

I Need to get me Nose (Nose pulp)
Checked on because it is causing me problem.
Bleeding & running Alot. I Need to get the cut
out could be cancer.

Inmate's signature _David Norman_

Do not write below—for reply only

HAS APPOINTMENT

Signature of Jail Officer receiving original request:

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: DAVID NORMAN          CELL: A

DATE: April 12, 2007          TIME: 12.00 Noon

Please check one of the following:

___✓___ Medical  _____ Commissary  _____ Grievance  _____ Other

① Briefly state your request or list your commissary items below"

I need to go back to the Doctor. This High Blood Pressure medicine that they gave me yesterday is making me feel weak & sick.

② I Also Need to get to Dr Macloud office At Russell Medical Center to see why my Nose pulp is draining And Bleeding so much. Please Reply @ ASAP The money is on the Book!!! ASAP

Inmate's signature David Norman

Do not write below—for reply only

Appointment made

Signature of Jail Officer receiving original request:

# COOSA COUNTY JAIL
## INMATE DISCIPLINARY REPORT

NAME OF INMATE: _David Norman_

DATE OF OCCURRENCE: _4/14/7_

CORRECTION OFFICER ON DUTY: _Turner_

INCIDENT: _Fighting in Jail, Assaulting Timothy Compton._

DAMAGE TO PROPERTY (LIST ITEMS AND APPROX VALUE)

REVIEWED BY:
ADMIN MULL _α_

ACTION TAKEN:                    LT STOVER
_23 hrs in Holding_

33733 U.S. Highway 280
Childersburg, AL 35044
(256) 378-3301

Jackson Street
Rockford, AL 35136
(256) 377-4361

BACK:
DEPARTURE:

| ✓ | CODE | PROCEDURE | ✓ | CODE | PROCEDURE | ✓ | CODE | PROCEDURE | ✓ | CODE | PROCEDURE | ✓ | CODE | PROCEDURE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **NEW PATIENT** | | | **PROCEDURES** | | | **X-RAY** | | | **PANELS** | | | **LABORATORY CONT.** |
| | 99201 | PROBLEM FOCUSED H&P, STFWD DEC MAK | | 92551 | AUDIOGRAM | | 73030 | SHOULDER | | 80051 | ELECTROLYTES | | 82270 | HEMOCCULT SLIDE AID |
| | 99202 | EXPANDED PROB FOC H&P, STFWD DEC MAK | | 93000 | EKG COMPLETE | | 73080 | ELBOW | | 80061 | LIPID | | 83036 | HgB A1C |
| | 99203 | DETAILED H&P, LOW COMPLEX DEC MAK | | 10060 | I & D ABSCESS OR FURUNCLE | | 73610 | ANKLE (3 VIEWS) | | 80076 | HEPATIC FUNCTION | | 80185 | PHENYTOIN (DILATIN) |
| | 99204 | COMP H&P, MOD COMPLEX DEC MAK | | 20550 | INJECTION, TRIGGER PT. | | 73630 | FOOT (3 VIEWS) | | 80048 | METABOLIC, BASIC | | 84132 | POTASSIUM |
| | 99205 | COMP H&P, HIGH COMPLEX DEC MAK | DIAG: | | # INJS. | | 73510 | HIP | | 80053 | METABOLIC, COMPLETE | | 85610 | PROTIME |
| | | **ESTABLISHED PATIENT** | | 94640 | NONPRESSURIZED INHALATION TREAT. | | 73562 | KNEE (W/ OBLIQUE) | | | **OTHER LAB** | | 84153 | PSA |
| | 99211 | MINIMAL VISIT | | G0102 | DIG. RECTAL EXAM SCREEN (DIAG. V76.44) | | 71100 | RIBS | | 84460 | ALT | | G0103 | PSA SCREENING (DIAG. V76 |
| | 99212 | PROB FOC H&P, LOW COMPLEX DEC MAK | | 94010 | SPIROMETRY | | 72110 | LUMBAR | | 84520 | BUN | | 87880 | RAPID STREP |
| | 99213 | EXP PROB FOC H&P, LOW COMPLEX DEC MAK | | 94060 | SPIROMETRY W / BRONCHIAL DIL. | | 72170 | PELVIC | | 85025 | CBC, W / PLATELET 5 PT DIFF | | 86592 | RPR |
| | 99214 | DETAILED H&P, MOD COMPLEX DEC MAK | | G0127 | TRIMMING OF NAILS | | 70220 | SINUS | | 82565 | CREATININE | | 85651 | SED RATE |
| | 99215 | COMP H&P, HIGH COMPLEX DEC MAK | | 69210 | REMOVAL OF IMPACTED CERUMEN | | 71020 | CHEST | | 80162 | DIGOXIN | | 84460 | SGPT |
| | | | | 20605 | INJ. JOINT WRIST / ELBOW | | 73110 | WRIST | | 82948 | GLUCOSE | | 99000 | SPECIMEN OTHER THAN BLOO |
| | | | DIAG: | | # INJS. | | | **INJECTIONS** | | 86677 | H. PYLORI | | 84439 | T4, FREE |
| | | | | 20610 | INJ. JOINT SHOULDER / KNEE / HIP | | | | | V77.91 | SCREENING CHOLESTEROL | | 84443 | TSH |
| | | | DIAG: | | # INJS. | | | | | | | | 81002 | URINALYSIS |
| | | | | | | | | | | | | | | OTHER: |
| | | | | | | | | | | | | | | OTHER: |

REFERRED TO: DR.

WRITE IN
PROCEDURE:

WRITE IN
DIAGNOSIS:

| ✓ | CODE | DIAGNOSIS | ✓ | CODE | DIAGNOSIS | ✓ | CODE | DIAGNOSIS | ✓ | CODE | DIAGNOSIS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **CARDIOVASCULAR** | | | **GASTROINTESTINAL** | | | **NEUROLOGIC** | | | **RHEUMATOLOGIC / MUSCULOSKELETAL** |
| | 427.31 | ATRIAL FIBRILLATION | | 789.06 | ABDOMINAL PAIN, EPIGASTRIC | | 331.0 | ALZHEIMER'S | | 714.0 | ARTHRITIS / RHEUMATISM |
| | 414.00 | CAD (CORONARY ARTERY DIS) / ASHD | | 789.07 | ABDOMINAL PAIN, GENERALIZED | | 354.0 | CARPAL TUNNEL SYNDROME | | 719.45 | ARTHRALGIA, HIP |
| | 786.50 | CHEST PAIN, UNSPEC. | | 789.04 | ABDOMINAL PAIN, LLQ | | 436 | CVA / STROKE | | 726.10 | BURSITIS, SHOULDER |
| | 428.31 | HEART FAILURE, ACUTE DIASTOLIC | | 789.02 | ABDOMINAL PAIN, LUQ | | 311 | DEPRESSION | | 729.0 | FIBROMYALGIA |
| | 428.21 | HEART FAILURE, ACUTE SYSTOLIC | | 789.03 | ABDOMINAL PAIN, RLQ | | 307.81 | HEADACHE, TENSION | | 274.9 | GOUT |
| | 428.32 | HEART FAILURE, CHRONIC DIASTOLIC | | 789.01 | ABDOMINAL PAIN, RUQ | | 780.52 | INSOMNIA | | 724.2 | LOW BACK PAIN |
| | 428.22 | HEART FAILURE, CHRONIC SYS | | 564.0 | CONSTIPATION | | 346.10 | MIGRAINE | | 715.96 | OSTEOARTHRITIS, KNEE |
| | 428.20 | HEART FAILURE, UNSPE SYSTOLIC | | 787.91 | DIARRHEA | | 356.9 | NEUROPATHY, PERIPHERAL | | 715.91 | OSTEOARTHRITIS, SHOULDER |
| | 428.30 | HEART FAILURE, UNSP DIASTOLIC | | 536.8 | DYSPEPSIA | | 332.0 | PARKINSONISM | | 724.3 | SCIATICA |
| | 782.3 | EDEMA | | 530.81 | GASTROESOPHAGEAL REFLUX | | 780.39 | SEIZURES | | 845.00 | SPRAIN/STRAIN, ANKLE |
| | 402.10 | HTN HEART DIS, BENIGN W / O CHF | | 564.1 | IRRITABLE BOWEL SYNDROME | | 780.2 | SYNCOPE | | | **SKIN AND SUBCUTANEOUS** |
| | 401.1 | HTN, BENIGN | | 578.1 | MELENA | | 435.9 | TIA | | 682.6 | CELLULITIS OF LEG |
| | 458.0 | HYPOTENSION, ORTHOSTATIC | | 787.01 | NAUSEA W / VOMITING | | 780.4 | VERTIGO / DIZZINESS | | 692.9 | CONTACT DERMATITIS |
| | 424.0 | MITRAL VALVE PROLAPSE | | 577.0 | PANCREATITIS | | | **RESPIRATORY / ENT** | | 053.9 | HERPES ZOSTER |
| | 785.1 | PALPITATIONS | | 787.03 | VOMITING | | 493.90 | ASTHMA W/O STATUS ASTHMATICUS | | 782.1 | RASH |
| | 443.9 | PERIPHERAL VASCULAR DIS, UNSPEC. | | | **GENITOURINARY** | | 466.0 | BRONCHITIS, ACUTE | | | |
| | 451.19 | THROMBOPHLEBITIS, OTHER FEMORAL VEIN | | 596.0 | BLADDER OUTLET OBSTRUCTION | | 491.20 | BRONCHITIS, CHRONIC OBSTRUCT, W/O ACUTE EXAC | | | **V CODES** |
| | | **ENDOCRINOLOGIC (NUTRITIONAL / METABOLIC)** | | 595.0 | CYSTITIS, ACUTE | | | | | V76.44 | PROSTATE CANCER SCREENING |
| | 276.5 | DEHYDRATION | | 788.1 | DYSURIA | | 491.21 | BRONCHITIS, CHRONIC OBSTRUCT, W/ ACUTE EXAC | | V76.49 | FLEX SIG SCREENING |
| | 250.01 | DM TYPE I, CONTROLLED | | 599.7 | HEMATURIA | | | | | V72.3 | GYNECOLOGICAL EXAM AND PAP |
| | 250.03 | DM TYPE I, UNCONTROLLED | | 607.84 | IMPOTENCE, ORGANIC | | 485 | BRONCHOPNEUMONIA | | V16.0 | HEMOCCULT SCREENING 1-3 |
| | 250.00 | DM TYPE II, CONTROLLED | | 788.43 | NOCTURIA | | 380.4 | CERUMEN IMPACTION | | V58.61 | LONG-TERM USE OF ANTI-COAGS |
| | 250.02 | DM TYPE II, UNCONTROLLED | | 593.9 | RENAL INSUFFICIENCY | | 496 | CHRONIC OBSTRUCTIVE PULMONARY DIS. | | V58.69 | LONG-TERM USE OF HI-RISK MEDS |
| | 250.50 | DM TYPE II, W / RENAL MANIFEST | | 788.41 | URINARY FREQUENCY | | 786.2 | COUGH, CHRONIC, BRONCHIAL | | V70.0 | ROUTINE ANNUAL EXAM |
| | 780.6 | FEVER | | 599.0 | URINARY TRACT INFECTION | | 786.09 | DYSPNEA | | | NOTES: |
| | 790.6 | HYPERGLYCEMIA | | | **HEMATOLOGY AND ONCOLOGY** | | 462 | PHARYNGITIS, ACUTE | | | |
| | 272.4 | HYPERLIPIDEMIA | | 285.9 | ANEMIA, NOS | | 786.52 | PLEURISY | | | |
| | 244.9 | HYPOTHYROIDISM | | 280.9 | ANEMIA, IRON DEFICIENCY | | 461.9 | SINUSITIS, ACUTE, NOS | | | |
| | 278.00 | OBESITY, UNSPECIFIED | | 281.0 | ANEMIA, PERNICIOUS | | 465.9 | URI, ACUTE | | | |
| | 783.21 | WEIGHT LOSS, ABNORMAL | | 459.89 | ECCHYMOSIS | | | | | | |
| | | | | 782.61 | PALLOR | | | | | | |

ACCIDENT DATE: ___   HOME ☐  MVA ☐  OTHER ☐   DOCTOR'S SIGNATURE: _____

CERTAIN ROUTINE SERVICES NECESSARY FOR THE MAINTENANCE OF GOOD HEALTH MAY NOT BE COVERED BY YOUR INSURANCE CARRIER. YOU WILL BE EXPECTED TO PAY FOR THESE SERVICES IN FULL AT THE TIME OF SERVICE, OR WHEN BILLED, IF DENIED BY YOUR INSURANCE CARRIER. I UNDERSTAND I AM RESPONSIBLE FINANCIALLY TO THE PHYSICIAN FOR NON COVERED SERVICES. I UNDERSTAND THE PHYSICIAN WILL FILE CLAIMS FOR ALL COVERED SERVICES TO MY INSURANCE CARRIER. I REQUEST THAT PAYMENT OF AUTHORIZED MEDICARE, MEDIGAP OR MY DESIGNATED INSURANCE CARRIER BENEFITS TO BE MADE, ON MY BEHALF DIRECTLY TO THE PROVIDER FOR ANY SERVICES OR ITEMS FURNISHED TO ME BY THE PHYSICIAN OR SUPPLIER. I AUTHORIZE ANY HOLDER OF MEDICAL INFORMATION ABOUT ME TO RELEASE HEALTH CARE FINANCING ADMINISTRATION AND ITS AGENTS ANY MEDICAL INFORMATION NEEDED TO DETERMINE THESE BENEFITS OR THE BENEFITS PAYABLE FOR RELATED SERVICES. I AUTHORIZE THE RELEASE OF ANY MEDICAL INFORMATION NECESSARY TO OTHER PHYSICIANS WHO MAY PARTICIPATE IN MY CARE; AND/OR, TO PROCESS MY INSURANCE CLAIM FILED FOR THE SERVICES DESCRIBED.

SIGNED _____   DATE 4/19/09    RETURN VISIT 2:15  4/26/09

☐ CASH  ☐ CHECK  ☐ CREDIT CARD  ☐ OTHER

CHARGE
PAYMENT
CURRENT
BALANCE

(PATIENT OR PARENT IF MINOR)

400905

V81.1

```
04/24/2007    15:29:27        JOSA COUNTY SHERIFF'S OFF.        PAGE    1
                              INMATE RELEASE SHEET
============================================================================
BOOKING NO: 070000141

INMATE NAME: NORMAN DAVID LEE
       ALIAS:                                RACE: B      SEX: M
       ALIAS:                                  HT: 5'09"  HAIR: BLK
     ADDRESS: 375 CO RD 93                      WT: 180   EYES: BRO
  CITY/ST/ZIP: KELLYTON, AL 35089           COMPLEX:
  HOME PHONE: 256-377-4979                     SSN: 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
         DOB: 12/16/1974  AGE:  32           DL ST: AL   DLN: 6275151
  PLCE BIRTH: DETRIOT                          SID:
       STATE: MI                             LOCID: 050000545
  M. STATUS:
    RELIGION: BAPTIST
  GANG ASSOC: N
SCARS/TATTOOS:
KNOWN ENEMIES:
     REMARKS:
------------------------------ NEXT OF KIN ---------------------------------
 NEXT OF KIN: BENSON HELEN                RELATIONSHIP: MOTHER
     ADDRESS: 375 CO RD 93                       PHONE: 256-377-4979
  CITY/ST/ZIP: KELLYTON, AL 35089
     REMARKS:
----------------------------- EMPLOYER INFO --------------------------------
    EMPLOYED: Y
EMPLOYER NAME: SCOTTDALE
     ADDRESS:
  CITY/ST/ZIP: B'HAM, AL
       PHONE: 000-000-0000
------------------------------- MEDICAL ------------------------------------
 HANDICAPPED: N  NEEDS: NO
     GLASSES: N  SMOKE: N
MEDICAL NEEDS: Y  NEEDS: HIGH BLOOD PRESSURE
   PHYSICIAN: DR JAMES           PHONE: 000-000-0000
     REMARKS:

     REMARKS:
     REMARKS:
------------------------------- PROPERTY -----------------------------------
        CASH:      $19.92
 DESCRIPTION: GREEN SHIRT BLUE JEANS BROWN SHOES
ADD. PROPERTY: LIP BALM,KEY
ADD. PROPERTY:
ADD. PROPERTY:
  BIN NUMBER: PROP CLOSET
VEH IMPOUNDED:
 IMPOUND LOT:
     REMARKS:
     REMARKS:
============================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: _____    DATE:_____  TIME:_____

BOOK OFFICER: _____     DATE: 4-24-07   TIME: 1540hvs
```

```
                      COOSA COUNTY SHERIFF'S OFFICE
04/24/2007    15:29:27          INMATE RELEASE SHEET                  PAGE    2
================================================================================
BOOKING NO: 070000141    INMATE NAME: NORMAN DAVID LEE
================================================================================
          COURT: DISTRICT          ATTORNEY ON REC:
          JUDGE: TEEL                        PHONE: 000-000-0000
        REMARKS:
        REMARKS:
--------------------------------------------------------------------------------
    BOOK DATE: 03/22/2007  BOOK TIME: 00:51  BOOK TYPE: NORMAL

   ARREST DATE: 03/21/2007          BOOKING OFFICER: THREATS
   ARREST DEPT: CCSO                CELL ASSIGNMENT:
ARRST OFFICER: BURKE                   MEAL CODE: 01  COOSA COUNTY
PROJ. RLSDATE: 00/00/0000              FACILITY: 01  COUNTY JAIL
 SEARCH OFFCR: THREATS             CLASSIFICATION:
  TYPE SEARCH: STRIP                WORK RELEASE: N
INTOX RESULTS:

        HOLDS: Y
       AGENCY: TALLAPOOSA      REASON: RECEIVING STOLEN PROPERTY
       AGENCY:                 REASON:
       AGENCY:                 REASON:
       AGENCY:                 REASON:

        NOTES:
        NOTES:
        NOTES:
================================================================================
  RELEASE DATE: 04/24/2007  RELEASE TIME: 15:28   # DAYS SERVED:   34

RELEASE OFFICER: PEOPLES
  RELEASE TYPE: PER JUDGE RODCHESTER
       REMARKS: MUST REPORT TO PROBATION OFFICER
       REMARKS:
       REMARKS:
================================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: David Norman         DATE:_____    TIME:_____
BOOK OFFICER:_____        DATE: 4-24-07      TIME: 1540hvs
```

```
                      COOSA COUNTY SHERIFF'S OFFICE
04/24/2007    15:29:27      INMATE CHARGE SHEET                    PAGE    3
===============================================================================
BOOKING NO: 070000141      INMATE NAME: NORMAN DAVID LEE
===============================================================================
   CHARGE NO:   1  DISPOSITION: PENDING          HOLD: N

ALA STATUTE: 15-2-76              # OF COUNTS:   1
    OFFENSE: PROVATION VIOLATION    WARRANT #: CC2006.045
     CASE #: 070300376
   BOND AMT:                          FINE:       $0.00
   BAIL AMT:
INIT APPEAR: 00/00/0000         SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 03/21/2007          ARST AGENCY: CCSO
ARST OFFICR: BURKE                    COUNTY: COOSA
      COURT: DISTRICT                  JUDGE: TEEL
DEF ATTORNY:                    DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

```
                    COOSA COUNTY SHERIFF'S OFFICE
         00:59:56           INMATE BOOKING SHEET
                                                          PAGE   1
===============================================================================
BOOKING NO: 070000438

  INMATE NAME: NORMAN DAVID LEE
        ALIAS:                              RACE: B      SEX: M
        ALIAS:                               HT: 5'09"  HAIR: BLK
      ADDRESS: 375 CO RD 93                   WT: 180   EYES: BRO
  CITY/ST/ZIP: KELLYTON, AL 35089        COMPLEX:
   HOME PHONE: 256-377-4979                  SSN: 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
          DOB: 12/16/1974  AGE:  32       DL ST: AL      DLN: 6275151
   PLCE BIRTH: DETRIOT                       SID:
        STATE: MI                          LOCID: 050000545
    M. STATUS: SINGLE
     RELIGION: BAPTIST
   GANG ASSOC: N
 SCARS/TATTOOS:
KNOWN ENEMIES:
      REMARKS:
------------------------------ NEXT OF KIN ------------------------------
  NEXT OF KIN: BENSON HELEN
      ADDRESS: 375 CO RD 93            RELATIONSHIP: MOTHER
  CITY/ST/ZIP: KELLYTON, AL 35089             PHONE: 256-377-4979
      REMARKS:
------------------------------ EMPLOYER INFO ------------------------------
     EMPLOYED: Y
EMPLOYER NAME: SCOTTDALE
      ADDRESS:
  CITY/ST/ZIP: B'HAM, AL
        PHONE: 000-000-0000
------------------------------ MEDICAL ------------------------------
  HANDICAPPED: N  NEEDS: NO
      GLASSES: N  SMOKE: N
MEDICAL NEEDS: Y  NEEDS: HIGH BLOOD PRESSURE
    PHYSICIAN: DR JAMES            PHONE: 000-000-0000
      REMARKS: NOSE POLUP IN RIGHT NOSTRIL

      REMARKS:
      REMARKS:
------------------------------ PROPERTY ------------------------------
         CASH:      $22.70
  DESCRIPTION: 2-10S, 2-1S, 2-QUARTER, 2-DIMES
 ADD. PROPERTY: GRAY TISHIRT, BLUE JEANS, BROWN SHOES, BROWN BELT, BLK/SILVE
 ADD. PROPERTY: R VIRGIN CELLPHONE, CHAP STICK, BLK WALLET
 ADD. PROPERTY:
   BIN NUMBER: PROPERTY BIN
VEH IMPOUNDED:
  IMPOUND LOT:
      REMARKS:
      REMARKS:
===============================================================================
```

I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: _David Norman_          DATE: 8-12-07   TIME: 0110

BOOK OFFICER: _(signature)_      DATE: 8-12-07   TIME: 0110

```
                              COOSA COUNTY SHERIFF'S OFFICE
08/12/2007   00:59:56              INMATE BOOKING SHEET                    PAGE    2
==================================================================================
BOOKING NO: 070000438       INMATE NAME: NORMAN DAVID LEE
==================================================================================
         COURT: DISTRICT                ATTORNEY ON REC:
         JUDGE: TEEL                            PHONE: 000-000-0000
       REMARKS:
       REMARKS:
----------------------------------------------------------------------------------
     BOOK DATE: 08/12/2007  BOOK TIME: 00:48  BOOK TYPE: NORMAL

   ARREST DATE: 08/11/2007           BOOKING OFFICER: TURNER
   ARREST DEPT: CCSO                 CELL ASSIGNMENT: B202
 ARRST OFFICER: HAMMOND                    MEAL CODE: 01   COOSA COUNTY
 PROJ. RLSDATE: 00/00/0000                  FACILITY: 01   COUNTY JAIL
 SEARCH OFFCR: GORDON                  CLASSIFICATION:
  TYPE SEARCH: STRIP                    WORK RELEASE: N
 INTOX RESULTS:

         HOLDS: N
        AGENCY:                 REASON:
        AGENCY:                 REASON:
        AGENCY:                 REASON:
        AGENCY:                 REASON:

         NOTES:
         NOTES:
         NOTES:
```

```
08/12/2007    00:59:56        COOSA COUNTY SHERIFF'S OFFICE
                              INMATE CHARGE SHEET                    PAGE    3
===============================================================================
BOOKING NO: 070000438    INMATE NAME: NORMAN DAVID LEE
===============================================================================
   CHARGE NO:  1  DISPOSITION: OPEN              HOLD: N

ALA STATUTE: 0015-22-0054          # OF COUNTS:   1
     OFFENSE: PROBATION VIOLATION     WARRANT #: 2006000045
      CASE #: 070800236
    BOND AMT: 0                            FINE:        $0.00
    BAIL AMT:
 INIT APPEAR: 09/19/2007          SENTENCE DATE: 00/00/0000
 RELEASE DTE: 00/00/0000
 ARREST DATE: 08/11/2007           ARST AGENCY: CCSO
 ARST OFFICR: HAMMOND                  COUNTY: COOSA
       COURT: DISTRICT                  JUDGE: TEEL
 DEF ATTORNY:                    DIST ATTORNEY:
    COMMENTS:
    COMMENTS:
    COMMENTS:
-------------------------------------------------------------------------------
```

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: DAVID NORMAN          CELL: 202  Block B

DATE: 8-12-07              TIME: 9:00 p.m.

Please check one of the following:

✓ Medical _____ Commissary _____ Grievance _____ Other

Briefly state your request or list your commissary items below"

I Need to get seen by the Doctor for my
High Blood pressure (medician Norvase) and
my Bleeding Nose pupil. I can Not breath
on my right side of my Nose (Bleeding).

Inmate's signature _David Norman_

Do not write below—for reply only

APPT MADE

Signature of Jail Officer receiving original request:

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: DAViD NORMAN          CELL: 202  Block B

DATE: 8-13-07          TIME: 2:00 p.m.

Please check one of the following:

_____ Medical      _____ Commissary      _____ Grievance      __/__ Other

Briefly state your request or list your commissary items below"

Since you all have AN opening
for trustee, I was just wondering
if I could be a trustee.

Inmate's signature _David D. Norman_

Do not write below—for reply only

None AVAILABLE @ this time

Signature of Jail Officer receiving original request:

Case 2:07-cv-00903-WKW-TFM Document 80-3 Filed 11/19/2007 Page 23 of 50

# COOSA COUNTY JAIL
## INMATE DISCIPLINARY REPORT

NAME OF INMATE: _Norman, David_

DATE OF OCCURRENCE: _8-20-07_

CORRECTION OFFICER ON DUTY: _C/O Jackson Sgt. Peoples_

INCIDENT: _It was brought to my Attention C/O Sgt. Peoples that Norman, David had assalted another Inmate, Tuts, Charles cover some items._

DAMAGE TO PROPERTY (LIST ITEMS AND APPROX VALUE) _None_

REVIEWED BY:
ADMIN MULL_____          LT STOVER_____

ACTION TAKEN: _Placed in holding for 73 hrs_

33733 U.S. Highway 280
Chelsea Ste 8-3
Rockford
(256) 378-3301

Jackson Str
Rockford
(256) 377-4366

BACK
DEPARTURE:

| ✓ | CODE | PROCEDURE | ✓ | CODE | PROCEDURE | ✓ | CODE | PROCEDURE | ✓ | CODE | PROCEDURE | ✓ | CODE | PROCEDURE |
|---|------|-----------|---|------|-----------|---|------|-----------|---|------|-----------|---|------|-----------|
| | | **NEW PATIENT** | | | **PROCEDURES** | | | **X-RAY** | | | **PANELS** | | | **LABORATORY CONT.** |
| | 99201 | PROBLEM FOCUSED H&P STFWD DEC MAK | | 92551 | AUDIOGRAM | | 73030 | SHOULDER | | 80051 | ELECTROLYTES | | 82270 | HEMOCCULT SLIDE AID |
| | 99202 | EXPANDED PROB-FOC H&P STFWD DEC MAK | | 93000 | EKG COMPLETE | | 73080 | ELBOW | | 80061 | LIPID | | 83036 | HgB A1C |
| | 99203 | DETAILED H&P, LOW COMPLEX DEC MAK | | 10060 | I & D ABSCESS OR FURUNCLE | | 73610 | ANKLE (3 VIEWS) | | 80076 | HEPATIC FUNCTION | | 80185 | PHENYTOIN (DILATIN) |
| | 99204 | COMP H&P, MOD COMPLEX DEC MAK | | 20550 | INJECTION, TRIGGER PT. | | 73630 | FOOT (3 VIEWS) | | 80048 | METABOLIC, BASIC | | 84132 | POTASSIUM |
| | 99205 | COMP H&P, HIGH COMPLEX DEC MAK | | | DIAG:          # INJS. | | 73510 | HIP | | 80053 | METABOLIC, COMPLETE | | 85610 | PROTIME |
| | | **ESTABLISHED PATIENT** | | 94640 | NONPRESSURIZED INHALATION TREAT. | | 73562 | KNEE (W / OBLIQUE) | | | **OTHER LAB** | | 84153 | PSA |
| | 99211 | MINIMAL VISIT | | G0102 | DIG. RECTAL EXAM SCREEN (DIAG. V76.44) | | 71100 | RIBS | | 84460 | ALT | | G0103 | PSA SCREENING (DIAG. V76 |
| | 99212 | EXP PROB FOC H&P, LOW COMPLEX DEC MAK | | 94010 | SPIROMETRY | | 72110 | LUMBAR | | 84520 | BUN | | 87880 | RAPID STREP |
| | 99213 | PROB-FOC H&P, LOW COMPLEX DEC MAK | | 94060 | SPIROMETRY W / BRONCHIAL DIL. | | 72170 | PELVIC | | 85025 | CBC, W / PLATELET 5 PT DIFF | | 86592 | RPR |
| | 99214 | DETAILED H&P, MOD COMPLEX DEC MAK | | G0127 | TRIMMING OF NAILS | | 70220 | SINUS | | 82565 | CREATININE | | 85651 | SED RATE |
| | 99215 | COMP H&P, HIGH COMPLEX DEC MAK | | 69210 | REMOVAL OF IMPACTED CERUMEN | | 71020 | CHEST | | 80162 | DIGOXIN | | 84460 | SGPT |
| | | | | 20605 | INJ. JOINT WRIST / ELBOW | | 73110 | WRIST | | 82948 | GLUCOSE | | 99000 | SPECIMEN OTHER THAN BLOO |
| | | | | | DIAG:          # INJS. | | | **INJECTIONS** | | 86677 | H. PYLORI | | 84439 | T4, FREE |
| | | | | 20610 | INJ. JOINT SHOULDER / KNEE / HIP | | | | | V77.91 | SCREENING CHOLESTEROL | | 84443 | TSH |
| | | | | | DIAG: | | | | | | | | 81002 | URINALYSIS |
| | | | | | | | | | | | | | | OTHER: |
| | | | | | | | | | | | | | | OTHER: |

REFERRED TO: DR.

WRITE IN
PROCEDURE:

WRITE IN
DIAGNOSIS:

| ✓ | CODE | DIAGNOSIS | ✓ | CODE | DIAGNOSIS | ✓ | CODE | DIAGNOSIS | ✓ | CODE | DIAGNOSIS |
|---|------|-----------|---|------|-----------|---|------|-----------|---|------|-----------|
| | | **CARDIOVASCULAR** | | | **GASTROINTESTINAL** | | | **NEUROLOGIC** | | | **RHEUMATOLOGIC/ MUSCULOSKELETAL** |
| | 427.31 | ATRIAL FIBRILLATION | | 789.06 | ABDOMINAL PAIN, EPIGASTRIC | | 331.0 | ALZHEIMER'S | | 714.0 | ARTHRITIS / RHEUMATISM |
| | 414.00 | CAD (CORONARY ARTERY DIS) / ASHD | | 789.07 | ABDOMINAL PAIN, GENERALIZED | | 354.0 | CARPAL TUNNEL SYNDROME | | 719.45 | ARTHRALGIA, HIP |
| | 786.50 | CHEST PAIN, UNSPEC. | | 789.04 | ABDOMINAL PAIN, LLQ | | 436 | CVA / STROKE | | 726.10 | BURSITIS, SHOULDER |
| | 428.31 | HEART FAILURE, ACUTE DIASTOLIC | | 789.02 | ABDOMINAL PAIN, LUQ | | 311 | DEPRESSION | | 729.0 | FIBROMYALGIA |
| | 428.21 | HEART FAILURE, ACUTE SYSTOLIC | | 789.03 | ABDOMINAL PAIN, RLQ | | 307.81 | HEADACHE, TENSION | | 274.9 | GOUT |
| | 428.32 | HEART FAILURE, CHRONIC DIASTOLIC | | 789.01 | ABDOMINAL PAIN, RUQ | | 780.52 | INSOMNIA | | 724.2 | LOW BACK PAIN |
| | 428.22 | HEART FAILURE, CHRONIC SYS | | 564.0 | CONSTIPATION | | 346.10 | MIGRAINE | | 715.96 | OSTEOARTHRITIS, KNEE |
| | 428.30 | HEART FAILURE, UNSP DIASTOLIC | | 787.91 | DIARRHEA | | 356.9 | NEUROPATHY, PERIPHERAL | | 715.91 | OSTEOARTHRITIS, SHOULDER |
| | 428.30 | HEART FAILURE, UNSP DIASTOLIC | | 536.8 | DYSPEPSIA | | 332.0 | PARKINSONISM | | 724.3 | SCIATICA |
| | 782.3 | EDEMA | | 530.81 | GASTROESOPHAGEAL REFLUX | | 780.39 | SEIZURES | | 845.00 | SPRAIN/STRAIN, ANKLE |
| | 402.10 | HTN HEART DIS, BENIGN W/O CHF | | 564.1 | IRRITABLE BOWEL SYNDROME | | 780.2 | SYNCOPE | | | **SKIN AND SUBCUTANEOUS** |
| | 401.1 | HTN, BENIGN | | 578.1 | MELENA | | 435.9 | TIA | | 682.6 | CELLULITIS OF LEG |
| | 458.0 | HYPOTENSION, ORTHOSTATIC | | 787.01 | NAUSEA W/ VOMITING | | 780.4 | VERTIGO / DIZZINESS | | 692.9 | CONTACT DERMATITIS |
| | 424.0 | MITRAL VALVE PROLAPSE | | 577.0 | PANCREATITIS | | | **RESPIRATORY / ENT** | | 053.9 | HERPES ZOSTER |
| | 785.1 | PALPITATIONS | | 787.03 | VOMITING | | 493.90 | ASTHMA W / O STATUS ASTHMATICUS | | 782.1 | RASH |
| | 443.9 | PERIPHERAL VASCULAR DIS, UNSPEC. | | | **GENITOURINARY** | | 466.0 | BRONCHITIS, ACUTE | | | |
| | 451.19 | THROMBOPHLEBITIS, OTHER FEMORAL VEIN | | 596.0 | BLADDER OUTLET OBSTRUCTION | | 491.20 | BRONCHITIS, CHRONIC OBSTRUCT, W/O ACUTE EXAC | | | **V CODES** |
| | | **ENDOCRINOLOGIC (NUTRITIONAL, METABOLIC)** | | 595.0 | CYSTITIS, ACUTE | | | | | V76.44 | PROSTATE CANCER SCREENING |
| | 276.5 | DEHYDRATION | | 788.1 | DYSURIA | | 491.21 | BRONCHITIS, CHRONIC OBSTRUCT, W/ ACUTE EXAC | | V76.49 | FLEX SIG SCREENING |
| | 250.01 | DM TYPE I, CONTROLLED | | 599.7 | HEMATURIA | | 485 | BRONCHOPNEUMONIA | | V72.3 | GYNECOLOGICAL EXAM AND PAP |
| | 250.03 | DM TYPE I, UNCONTROLLED | | 607.84 | IMPOTENCE, ORGANIC | | 380.4 | CERUMEN IMPACTION | | V16.0 | HEMOCCULT SCREENING 1-3 |
| | 250.00 | DM TYPE II, CONTROLLED | | 788.43 | NOCTURIA | | 496 | CHRONIC OBSTRUCTIVE PULMONARY DIS. | | V58.61 | LONG-TERM USE OF ANTI- COAGS |
| | 250.02 | DM TYPE II, UNCONTROLLED | | 593.9 | RENAL INSUFFICIENCY | | 786.2 | COUGH, CHRONIC, BRONCHIAL | | V58.69 | LONG-TERM USE OF HI-RISK MEDS |
| | 250.50 | DM TYPE II, W / RENAL MANIFEST | | 788.41 | URINARY FREQUENCY | | 786.09 | DYSPNEA | | V70.0 | ROUTINE ANNUAL EXAM |
| | 780.6 | FEVER | | 599.0 | URINARY TRACT INFECTION | | 462 | PHARYNGITIS, ACUTE | | | **NOTES:** |
| | 790.6 | HYPERGLYCEMIA | | | **HEMATOLOGY AND ONCOLOGY** | | 786.52 | PLEURISY | | | |
| | 272.4 | HYPERLIPIDEMIA | | 285.9 | ANEMIA, NOS | | 461.9 | SINUSITIS, ACUTE, NOS | | | |
| | 244.9 | HYPOTHYROIDISM | | 280.9 | ANEMIA, IRON DEFICIENCY | | 465.9 | URI, ACUTE | | | |
| | 278.00 | OBESITY, UNSPECIFIED | | 281.0 | ANEMIA, PERNICIOUS | | | | | | |
| | 783.21 | WEIGHT LOSS, ABNORMAL | | 459.89 | ECCHYMOSIS | | | | | | |
| | | | | 782.61 | PALLOR | | | | | | |

ACCIDENT CASE:    HOME ☐    MVA ☐    OTHER ☐    DOCTOR'S SIGNATURE: _____

CERTAIN ROUTINE SERVICES NECESSARY FOR THE MAINTENANCE OF GOOD HEALTH MAY NOT BE COVERED BY YOUR INSURANCE CARRIER. YOU WILL BE EXPECTED TO PAY FOR THESE SERVICES IN FULL AT THE TIME OF SERVICE, OR WHEN BILLED, IF DENIED BY YOUR INSURANCE CARRIER. I UNDERSTAND I AM RESPONSIBLE FINANCIALLY FOR THE CHARGES FOR NON COVERED SERVICES. I UNDERSTAND THE PHYSICIAN WILL FILE CLAIMS FOR ALL COVERED SERVICES TO MY INSURANCE CARRIER AND I REQUEST THAT PAYMENT OF AUTHORIZED MEDICARE, MEDICAID OR ANY DESIGNATED INSURANCE CARRIER BENEFITS TO BE MADE, ON MY BEHALF DIRECTLY TO THE PROVIDER FOR ANY SERVICES OR ITEMS FURNISHED TO ME BY THE PHYSICIAN OR SUPPLIER. I AUTHORIZE ANY MEDICAL INFORMATION ABOUT ME TO RELEASE HEALTH CARE FINANCING ADMINISTRATION AND ITS AGENTS ANY INFORMATION NEEDED TO DETERMINE THESE BENEFITS OR THE BENEFITS PAYABLE FOR RELATED SERVICES. I AUTHORIZE THE RELEASE OF MEDICAL INFORMATION ABOUT THOSE PHYSICIANS WHO MAY PARTICIPATE IN MY CARE; AND/OR, TO PROCESS MY INSURANCE CLAIM FILED FOR THE SERVICES DESCRIBED.

SIGNED _____
(PATIENT OR PARENT IF MINOR)

DATE 8/31/07    RETURN VISIT 9/4/07

☐ CASH    ☐ CHECK    ☐ CREDIT CARD    ☐ OTHER

CHARGE
PAYMENT
CURRENT
BALANCE

400905

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: David Norman                CELL: A

DATE: 8-23-07                TIME: 8:00 Am

Please check one of the following:

✓ Medical _____Commissary _____Grievance _____Other

Briefly state your request or list your commissary items below"

I need to get to the Doctor. I have a nose pulip and it draining pretty bad. Also bleeding at times. This might cause CANSER.

Please respond!

Dr. MAcloud inalex city at Russell Medical Center for my nose pulip.

Inmate's signature _____David Norman_____

Do not write below—for reply only

APPT MADE

Signature of Jail Officer receiving original request:

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: _DAVID NORMAN_    CELL: _103    A_

DATE: _8/28/07_    TIME: _12:30 p.m_

Please check one of the following:

_____Medical    _____Commissary    _____Grievance    _✓_Other

Briefly state your request or list your commissary items below"

_Could you please get me_

_Judge Rodechester's Address in_

_Ashland At the Court house._

Inmate's signature _David J Norman_

Do not write below—for reply only

_this Court Monday 9/0/07_

Signature of Jail Officer receiving original request:

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: DAvid Norman          CELL: 103    Block A

DATE: 9-3-07          TIME: 8:00 p.m.

Please check one of the following:

✓ Medical        Commissary        Grievance        Other

Briefly state your request or list your commissary items below"

I Need to go to the doctor for my nose. I have went to the Doctor across/or Next door three time and they said that All you All have to do is make me AN Appointment to Doctor Macloud in Alex.city. since I have Alright been to him before. please make this appointment because both of my nasal passages are draining & bleeding. I my cause canser and Need to be Checked out!

Inmate's signature David Norman

Do not write below—for reply only

APP T MADE

Signature of Jail Officer receiving original request:

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: David Norman                    CELL: 103   Block A

DATE: 9/11/07                         TIME: 12:00 Noon

Please check one of the following:

✓ Medical        _____ Commissary        _____ Grievance        _____ Other

Briefly state your request or list your commissary items below"

I still Need to get to the Doctor for my Nose
pulps. My nose is draining out of both side &
Bleeding out And on. This problem might be CANSER
And need to be checked out. Doctor Macloud office
At Russell Medical Center. I have been there before
And they said All you All Have to do is make An Appointment.
Please do so, and send A copy of the Request Form back
So I can get it to my Lawyer.

*Also Need
my High Blood
pressure medicine
that I have
been out of
for A week.*

Inmate's signature _David Norman_

Do not write below—for reply only

Dr. Appt 9/12 / BP meds Filled 9/12

Signature of Jail Officer receiving original request:

**COOSA VALLEY FAMILY MEDICINE**

| CHILDERSBURG | ROCKFORD |
|---|---|
| 33733 U.S. Highway 280 | Jackson Street |
| Childersburg, AL 35044 | Rockford, AL 35136 |
| (256) 378-3301 | (256) 377-4396 |

ARRIVE: _____
BACK: _____
DEPARTURE: _____

| CODE | PROCEDURE | ✓ | CODE | PROCEDURE | ✓ | CODE | PROCEDURE | ✓ | CODE | PROCEDURE | ✓ | CODE | PROCEDURE | ✓ | CODE | PROCEDURE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 99801 | PROBLEM FOCUSED H&P, ESTB'D NEQ MAX | | 92551 | AUDIOGRAM | | | 73030 | SHOULDER | | | 80051 | ELECTROLYTES | | | 82270 | HEMOCCULT SLIDE A/D |
| 99202 | EXPANDED PROB-FOC H&P, ESTB'D 2LC MAX | | 93000 | EKG COMPLETE | | | 73060 | ELBOW | | | 80061 | LIPID | | | 83036 | HgB A1C |
| 99203 | DETAILED H&P, LOW COMPLEX QED MAX | | 10060 | I & D ABSCESS OR FURUNCLE | | | 73610 | ANKLE (3 VIEWS) | | | 80076 | HEPATIC FUNCTION | | | 80185 | PHENYTOIN (DILATIN) |
| 99204 | COMP H&P, MOD COMPLEX QED MAX | | 20550 | INJECTION, TRIGGER PT. | | | 73630 | FOOT (3 VIEWS) | | | 80048 | METABOLIC, BASIC | | | 84132 | POTASSIUM |
| 99205 | COMP H&P, HIGH COMPLEX DEC MAX | | DIAG: | # INJS. | | | 73510 | HIP | | | 80053 | METABOLIC, COMPLETE | | | 85610 | PROTIME |
| | | | 94640 | NONPRESSURIZED INHALATION TREAT. | | | 73562 | KNEE (W/ OBLIQUE) | | | | | | | 84153 | PSA |
| 99211 | MINIMAL VISIT | | G0102 | DIG, RECTAL EXAM-SCREEN (DIAG. V76.44) | | | 71100 | RIBS | | | 84480 | ALT | | | G0103 | PSA SCREENING (DIAG. V78.44) |
| 99212 | PROB FOC, LOW COMPLEX DEC MAX | | 94010 | SPIROMETRY | | | 72110 | LUMBAR | | | 84520 | BUN | | | 87880 | RAPID STREP |
| 99213 | EXP PROB FOC H&P, LOW COMPLEX DED MAX | | 94060 | SPIROMETRY W/ BRONCHIAL DIL. | | | 72170 | PELVIC | | | 85025 | CBC, W/ PLATELET & PT DIFF | | | 86592 | RPR |
| 99214 | DETAILED H&P, MOD COMPLEX DEC MAX | | G0127 | TRIMMING OF NAILS | | | 70220 | SINUS | | | 82565 | CREATININE | | | 85651 | SED RATE |
| 99215 | COMP H&P, HIGH COMPLEX DEC MAX | | 69210 | REMOVAL OF IMPACTED CERUMEN | | | 71020 | CHEST | | | 80162 | DIGOXIN | | | 84450 | SGPT |
| | | | 20605 | INJ. JOINT WRIST / ELBOW | | | 73110 | WRIST | | | 82948 | GLUCOSE | | | 99000 | SPECIMEN OTHER THAN BLOOD |
| | | | DIAG: | # INJS. | | | | | | | 86677 | H. PYLORI | | | 84439 | T4, FREE |
| | | | 20610 | INJ. JOINT SHOULDER / KNEE / HIP | | | | | | | V77.91 | SCREENING CHOLESTEROL | | | 84443 | TSH |
| | | | DIAG: | # INJS. | | | | | | | | | | | 81002 | URINALYSIS |
| | | | | | | | | | | | | | | | | OTHER: |
| | | | | | | | | | | | | | | | | OTHER: |

REFERRED TO: DR. _____

WRITE IN DIAGNOSIS:

WRITE IN PROCEDURE:

| ✓ | CODE | DIAGNOSIS | ✓ | CODE | DIAGNOSIS | ✓ | CODE | DIAGNOSIS | ✓ | CODE | DIAGNOSIS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 427.31 | ATRIAL FIBRILLATION | | 789.06 | ABDOMINAL PAIN, EPIGASTRIC | | 331.0 | ALZHEIMER'S | | 714.0 | ARTHRITIS/RHEUMATISM |
| | 414.00 | CAD (CORONARY ARTERY DIS)/ ASHD | | 789.07 | ABDOMINAL PAIN, GENERALIZED | | 354.0 | CARPAL TUNNEL SYNDROME | | 719.45 | ARTHRALGIA, HIP |
| | 786.50 | CHESTPAIN, UNSPEC. | | 789.04 | ABDOMINAL PAIN, LLQ | | 436 | CVA/STROKE | | 726.10 | BURSITIS, SHOULDER |
| | 428.31 | HEART FAILURE, ACUTE DIASTOLIC | | 789.02 | ABDOMINAL PAIN, LUQ | | 311 | DEPRESSION | | 729.0 | FIBROMYALGIA |
| | 428.21 | HEART FAILURE, ACUTE SYSTOLIC | | 789.03 | ABDOMINAL PAIN, RLQ | | 307.81 | HEADACHE, TENSION | | 274.9 | GOUT |
| | 428.32 | HEART FAILURE, CHRONIC DIASTOLIC | | 789.01 | ABDOMINAL PAIN, RUQ | | 780.52 | INSOMNIA | | 724.2 | LOW BACK PAIN |
| | 428.22 | HEART FAILURE, CHRONIC SYS | | 564.0 | CONSTIPATION | | 346.10 | MIGRAINE | | 715.96 | OSTEOARTHRITIS, KNEE |
| | 428.20 | HEART FAILURE, UNSPE SYSTOLIC | | 787.91 | DIARRHEA | | 356.9 | NEUROPATHY, PERIPHERAL | | 715.91 | OSTEOARTHRITIS, SHOULDER |
| | 428.30 | HEART FAILURE, UNSP DIASTOLIC | | 536.8 | DYSPEPSIA | | 332.0 | PARKINSONISM | | 724.3 | SCIATICA |
| | 782.3 | EDEMA | | 530.81 | GASTROESOPHAGEAL REFLUX | | 780.39 | SEIZURES | | 845.00 | SPRAIN/STRAIN, ANKLE |
| | 402.10 | HTN HEART DIS, BENIGN W/O CHF | | 564.1 | IRRITABLE BOWEL SYNDROME | | 780.2 | SYNCOPE | | | |
| | 401.1 | HTN, BENIGN | | 578.1 | MELENA | | 435.9 | TIA | | 682.6 | CELLULITIS OF LEG |
| | 458.0 | HYPOTENSION, ORTHOSTATIC | | 787.01 | NAUSEA W/ VOMITING | | 780.4 | VERTIGO/DIZZINESS | | 692.9 | CONTACT DERMATITIS |
| | 424.0 | MITRAL VALVE PROLAPSE | | 577.0 | PANCREATITIS | | | | | 053.9 | HERPES ZOSTER |
| | 785.1 | PALPITATIONS | | 787.03 | VOMITING | | 493.90 | ASTHMA W/O STATUS ASTHMATICUS | | 782.1 | RASH |
| | 443.9 | PERIPHERAL VASCULAR DIS, UNSPEC. | | | | | 466.0 | BRONCHITIS, ACUTE | | | |
| | 451.19 | THROMBOPHLEBITIS, OTHER FEMORAL VEIN | | 596.0 | BLADDER OUTLET OBSTRUCTION | | 491.20 | BRONCHITIS, CHRONIC OBSTRUCT, W/O ACUTE EXAC | | V76.44 | PROSTATE CANCER SCREENING |
| | | | | 595.0 | CYSTITIS, ACUTE | | | | | V76.49 | FLEX SIG SCREENING |
| | 276.5 | DEHYDRATION | | 788.1 | DYSURIA | | 491.21 | BRONCHITIS, CHRONIC OBSTRUCT, W/ ACUTE EXAC | | V72.3 | GYNECOLOGICAL EXAM AND PAP |
| | 250.01 | DM TYPE I, CONTROLLED | | 599.7 | HEMATURIA | | 485 | BRONCHOPNEUMONIA | | V16.0 | HEMOCCULT SCREENING 1-3 |
| | 250.03 | DM TYPE I, UNCONTROLLED | | 607.84 | IMPOTENCE, ORGANIC | | 380.4 | CERUMEN IMPACTION | | V58.61 | LONG-TERM USE OF ANTI-COAGS |
| | 250.00 | DM TYPE II, CONTROLLED | | 788.43 | NOCTURIA | | 496 | CHRONIC OBSTRUCTIVE PULMONARY DIS. | | V58.69 | LONG-TERM USE OF HI-RISK MEDS |
| | 250.02 | DM TYPE II, UNCONTROLLED | | 593.9 | RENAL INSUFFICIENCY | | 786.2 | COUGH, CHRONIC, BRONCHIAL | | V70.0 | ROUTINE ANNUAL EXAM |
| | 250.50 | DM TYPE II W/ RENAL MANIFEST | | 788.41 | URINARY FREQUENCY | | 786.09 | DYSPNEA | | | |
| | 780.6 | FEVER | | 599.0 | URINARY TRACT INFECTION | | 462 | PHARYNGITIS, ACUTE | | NOTES: |
| | 780.6 | HYPERGLYCEMIA | | | | | 786.52 | PLEURISY | | | |
| | 272.4 | HYPERLIPIDEMIA | | 285.9 | ANEMIA, NOS | | 461.9 | SINUSITIS, ACUTE, NOS | | | |
| | 244.9 | HYPOTHYROIDISM | | 280.9 | ANEMIA, IRON DEFICIENCY | | 465.9 | URI, ACUTE | | | |
| | 278.00 | OBESITY, UNSPECIFIED | | 281.0 | ANEMIA, PERNICIOUS | | | | | | |
| | 783.21 | WEIGHT LOSS, ABNORMAL | | 459.89 | ECCHYMOSIS | | | | | | |
| | | | | 782.61 | PALLOR | | | | | | |

ACCIDENT DATE: _____  HOME ☐  MVA ☐  OTHER ☐  DOCTOR'S SIGNATURE: _____

CERTAIN ROUTINE SERVICES NECESSARY FOR THE MAINTENANCE OF GOOD HEALTH MAY NOT BE COVERED BY YOUR INSURANCE CARRIER. YOU WILL BE EXPECTED TO PAY FOR THESE SERVICES IN FULL AT THE TIME OF SERVICE, OR WHEN BILLED, IF DENIED BY YOUR INSURANCE CARRIER. I UNDERSTAND I AM RESPONSIBLE FINANCIALLY TO THE PHYSICIAN FOR NON COVERED SERVICES. I UNDERSTAND THE PHYSICIAN WILL FILE CLAIMS FOR ALL COVERED SERVICES TO MY INSURANCE CARRIER AND I REQUEST THAT PAYMENT OF AUTHORIZED MEDICARE, MEDICAP OR MY DESIGNATED INSURANCE CARRIER BENEFITS TO BE MADE ON MY BEHALF DIRECTLY TO THE PROVIDER FOR ANY SERVICES OR ITEMS FURNISHED TO ME BY THE PHYSICIAN OR SUPPLIER. I AUTHORIZE ANY HOLDER OF MEDICAL INFORMATION ABOUT ME TO RELEASE HEALTH CARE FINANCING ADMINISTRATION AND ITS AGENTS AND MY DESIGNATED INSURANCE CARRIER ANY INFORMATION NEEDED TO DETERMINE THESE BENEFITS OR THE BENEFITS PAYABLE FOR RELATED SERVICES. I AUTHORIZE THE RELEASE OF ANY MEDICAL INFORMATION NECESSARY TO OTHER PHYSICIANS WHO MAY PARTICIPATE IN MY CARE; AND/OR, TO PROCESS MY INSURANCE CLAIM FILED FOR THE SERVICES DESCRIBED.

SIGNED _____  DATE 9/13/07  RETURN VISIT 9/14/07  9:00

☐ CASH
☐ CHECK
☐ CREDIT CARD
☐ OTHER

400905

BP √ on Friday
9/13/07 Faxed 377-2690 Att: Tonya

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: DAVID NORMAN          CELL: 103  Block A

DATE: 9/13/07          TIME: 12:

Please check one of the following:

✓ Medical    ____Commissary    ____Grievance    ____Other

Briefly state your request or list your commissary items below"

I was told by the Doctor this morning
that he told you All About my Nose problem.
I need to get to the Doctor in Alex.city
About my Nose. It is still bleeding At times
And draining out both sides daily. Please make
the Appointment for me soon. Could cause cancer.

Inmate's signature _David Norman_

Do not write below—for reply only

Appt will be made.
M. Mull    9/13/07

Dr in AlexCity will
not see you because of debt
9/14/7

Signature of Jail Officer receiving original request:

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: _DAVID NORMAN_    CELL: _108_ _Block A_

DATE: _9/13/07_    TIME: _12:30 p.m_

Please check one of the following:

_✓_ Medical    _____ Commissary    _____ Grievance    _____ Other

Briefly state your request or list your commissary items below"

_I Need to go to the Nose doctor. My Nose is Bleeding and draining out of both sides daily. Please take time to make my Appointment_

Inmate's signature _David Norman_

Do not write below—for reply only

_Tried to get an appt. De will not see you  M. Mull  9/18/7_

Signature of Jail Officer receiving original request:

# COOSA VALLEY FAMILY MEDICINE

| CHILDERSBURG | ROCKFORD |
|---|---|
| 33775 US Highway 280 | Jacksonville Hwy |
| Childersburg, AL 35044 | Rockford, AL 35... |
| (256) 378-3301 | (256) 377-4365 |

ARRIVAL: _____
BACK: _____
DEPARTURE: _____

| ✓ CODE | PROCEDURE | ✓ CODE | PROCEDURE | ✓ CODE | PROCEDURE | ✓ CODE | PROCEDURE | ✓ CODE | PROCEDURE |
|---|---|---|---|---|---|---|---|---|---|
| | NEW PATIENT | | PROCEDURES | | X-RAY | | PANELS | | LABORATORY CONT. |
| 99201 | PROBLEM FOCUSED H&P, STP/VD DEC MAK | 92551 | AUDIOGRAM | 73030 | SHOULDER | 80051 | ELECTROLYTES | 82270 | HEMOCCULT SLIDE AID |
| 99202 | EXPANDED PROB FOC H&P, STP/VD DEC MAK | 93000 | EKG COMPLETE | 73080 | ELBOW | 80061 | LIPID | 83036 | HgB A1C |
| 99203 | DETAILED H&P, LOW COMPLEX DEC MAK | 10060 | I & D ABSCESS OR FURUNCLE | 73610 | ANKLE (3 VIEWS) | 80076 | HEPATIC FUNCTION | 80185 | PHENYTOIN (DILATIN) |
| 99204 | COMP H&P, MOD COMPLEX DEC MAK | 20550 | INJECTION, TRIGGER PT. | 73630 | FOOT (3 VIEWS) | 80048 | METABOLIC, BASIC | 84132 | POTASSIUM |
| 99___ | COMP H&P, HIGH COMPLEX DEC MAK | | DIAG:         # INJS. | 73510 | HIP | 80053 | METABOLIC, COMPLETE | 85610 | PROTIME |
| | ESTABLISHED PATIENT | 94640 | NON-PRESSURIZED INHALATION TREAT | 73562 | KNEE (W/ OBLIQUE) | | OTHER LAB | 84153 | PSA |
| 99211 | MINIMAL VISIT | G0102 | DIG. RECTAL EXAM SCREEN (DIAG. V76.44) | 71100 | RIBS | 84460 | ALT | G0103 | PSA SCREENING (DIAG. V76...) |
| 99212 | PROB FOC H&P, LOW COMPLEX DEC MAK | 94010 | SPIROMETRY | 72110 | LUMBAR | 84520 | BUN | 87880 | RAPID STREP |
| 99213 | EXP PROB FOC H&P, LOW COMPLEX DEC MAK | 94060 | SPIROMETRY W / BRONCHIAL DIL | 72170 | PELVIC | 85025 | CBC, W/ PLATELET 5 PT DIFF | 86592 | RPR |
| 99214 | DETAILED H&P, MOD COMPLEX DEC MAK | G0127 | TRIMMING OF NAILS | 70220 | SINUS | 82565 | CREATININE | 85651 | SED RATE |
| 99215 | COMP H&P, HIGH COMPLEX DEC MAK | 69210 | REMOVAL OF IMPACTED CERUMEN | 71020 | CHEST | 80162 | DIGOXIN | 84460 | SGPT |
| | | 20605 | INJ. JOINT WRIST / ELBOW | 73110 | WRIST | 82948 | GLUCOSE | 99000 | SPECIMEN OTHER THAN BLOOD |
| | DIAG:         # INJS. | | | | INJECTIONS | 86677 | H. PYLORI | 84439 | T4, FREE |
| | | 20610 | INJ. JOINT SHOULDER / KNEE / HIP | | | V77.91 | SCREENING CHOLESTEROL | 84443 | TSH |
| | | | DIAG:         # INJS. | | | | | 81002 | URINALYSIS |
| | | | | | | | | | OTHER: |
| | | | | | | | | | OTHER: |

REFERRED TO: DR. _____

WRITE IN PROCEDURE: _____

WRITE IN DIAGNOSIS: _____

| ✓ CODE | DIAGNOSIS | ✓ CODE | DIAGNOSIS | ✓ CODE | DIAGNOSIS | ✓ CODE | DIAGNOSIS |
|---|---|---|---|---|---|---|---|
| | CARDIOVASCULAR | | GASTROINTESTINAL | | NEUROLOGIC | | RHEUMATOLOGIC/MUSCULOSKELETAL |
| 1 | ATRIAL FIBRILLATION | 789.06 | ABDOMINAL PAIN, EPIGASTRIC | 331.0 | ALZHEIMER S | 714.0 | ARTHRITIS/RHEUMATISM |
| 414.00 | CAD (CORONARY ARTERY DIS) / ASHD | 789.07 | ABDOMINAL PAIN, GENERALIZED | 354.0 | CARPAL TUNNEL SYNDROME | 719.45 | ARTHRALGIA, HIP |
| 786.50 | CHEST PAIN, UNSPEC. | 789.04 | ABDOMINAL PAIN, LLQ | 436 | CVA/STROKE | 726.10 | BURSITIS, SHOULDER |
| 428.31 | HEART FAILURE, ACUTE DIASTOLIC | 789.02 | ABDOMINAL PAIN, LUQ | 311 | DEPRESSION | 729.0 | FIBROMYALGIA |
| 428.21 | HEART FAILURE, ACUTE SYSTOLIC | 789.03 | ABDOMINAL PAIN, RLQ | 307.81 | HEADACHE, TENSION | 274.9 | GOUT |
| 428.32 | HEART FAILURE, CHRONIC DIASTOLIC | 789.01 | ABDOMINAL PAIN, RUQ | 780.52 | INSOMNIA | 724.2 | LOW BACK PAIN |
| 428.22 | HEART FAILURE, CHRONIC SYS | 564.0 | CONSTIPATION | 346.10 | MIGRAINE | 715.96 | OSTEOARTHRITIS, KNEE |
| 428.20 | HEART FAILURE, UNSPE SYSTOLIC | 787.91 | DIARRHEA | 356.9 | NEUROPATHY, PERIPHERAL | 715.91 | OSTEOARTHRITIS, SHOULDER |
| 428.30 | HEART FAILURE, UNSP DIASTOLIC | 536.8 | DYSPEPSIA | 332.0 | PARKINSONISM | 724.3 | SCIATICA |
| 782.3 | EDEMA | 530.81 | GASTROESOPHAGEAL REFLUX | 780.39 | SEIZURES | 845.00 | SPRAIN/STRAIN, ANKLE |
| 402.10 | HTN HEART DIS, BENIGN W/ O CHF | 564.1 | IRRITABLE BOWEL SYNDROME | 780.2 | SYNCOPE | | SKIN AND SUBCUTANEOUS |
| 401.1 | HTN, BENIGN | 578.1 | MELENA | 435.9 | TIA | 682.6 | CELLULITIS OF LEG |
| 458.0 | HYPOTENSION, ORTHOSTATIC | 787.01 | NAUSEA W / VOMITING | 780.4 | VERTIGO / DIZZINESS | 692.9 | CONTACT DERMATITIS |
| 424.0 | MITRAL VALVE PROLAPSE | 577.0 | PANCREATITIS | | RESPIRATORY / ENT | 053.9 | HERPES ZOSTER |
| 785.1 | PALPITATIONS | 787.03 | VOMITING | 493.90 | ASTHMA W/ O STATUS ASTHMATICUS | 782.1 | RASH |
| 443.9 | PERIPHERAL VASCULAR DIS, UNSPEC. | | GENITOURINARY | 466.0 | BRONCHITIS, ACUTE | | |
| 451.19 | THROMBOPHLEBITIS, OTHER FEMORAL VEIN | 596.0 | BLADDER OUTLET OBSTRUCTION | 491.20 | BRONCHITIS, CHRONIC OBSTRUCT, W/O ACUTE EXAC | | V CODES |
| | ENDOCRINOLOGIC (NUTRITIONAL / METABOLIC) | 595.0 | CYSTITIS, ACUTE | | | V76.44 | PROSTATE CANCER SCREENING |
| 276.8 | DEHYDRATION | 788.1 | DYSURIA | 491.21 | BRONCHITIS, CHRONIC OBSTRUCT, W/ ACUTE EXAC | V76.49 | FLEX SIG SCREENING |
| 250.01 | DM TYPE I, CONTROLLED | 599.7 | HEMATURIA | 485 | BRONCHOPNEUMONIA | V72.3 | GYNECOLOGICAL EXAM AND PAP |
| 250.03 | DM TYPE I, UNCONTROLLED | 607.84 | IMPOTENCE, ORGANIC | 380.4 | CERUMEN IMPACTION | V16.0 | HEMOCCULT SCREENING 1-3 |
| 250.00 | DM TYPE II, CONTROLLED | 788.43 | NOCTURIA | 496 | CHRONIC OBSTRUCTIVE PULMONARY DIS. | V58.61 | LONG-TERM USE OF ANTI-COAGS |
| 250.02 | DM TYPE II, UNCONTROLLED | 593.9 | RENAL INSUFFICIENCY | 786.2 | COUGH, CHRONIC, BRONCHIAL | V58.69 | LONG-TERM USE OF HI-RISK MEDS |
| 250.50 | DM TYPE II, W/ RENAL MANIFEST | 788.41 | URINARY FREQUENCY | 786.09 | DYSPNEA | V70.0 | ROUTINE ANNUAL EXAM |
| 780.6 | FEVER | 599.0 | URINARY TRACT INFECTION | 462 | PHARYNGITIS, ACUTE | | NOTES: |
| 790.6 | HYPERGLYCEMIA | | HEMATOLOGY AND ONCOLOGY | 786.52 | PLEURISY | | |
| 272.4 | HYPERLIPIDEMIA | 285.9 | ANEMIA, NOS | 461.9 | SINUSITIS, ACUTE, NOS | | |
| 244.9 | HYPOTHYROIDISM | 280.9 | ANEMIA, IRON DEFICIENCY | 465.9 | URI, ACUTE | | |
| 278.00 | OBESITY, UNSPECIFIED | 281.0 | ANEMIA, PERNICIOUS | | | | |
| 783.21 | WEIGHT LOSS, ABNORMAL | 459.89 | ECCHYMOSIS | | | | |
| | | 782.61 | PALLOR | | | | |

ACCIDENT DATE: _____    HOME ☐    MVA ☐    OTHER ☐    DOCTOR S SIGNATURE: _____

CERTAIN ROUTINE SERVICES NECESSARY FOR THE MAINTENANCE OF GOOD HEALTH MAY NOT BE COVERED BY YOUR INSURANCE CARRIER. YOU WILL BE EXPECTED TO PAY FOR THESE SERVICES IN FULL AT THE TIME OF SERVICE, WHEN BILLED, IF DENIED BY YOUR INSURANCE CARRIER. I UNDERSTAND I AM RESPONSIBLE FINANCIALLY TO THE PHYSICIAN FOR NON COVERED SERVICES. I UNDERSTAND THE PHYSICIAN WILL FILE CLAIMS FOR ALL COVERED SERVICES TO MY INSURANCE CARRIER AND I REQUEST THAT PAYMENT OF AUTHORIZED MEDICARE, MEDIGAP OR MY DESIGNATED INSURANCE CARRIER BENEFITS TO BE MADE, ON MY BEHALF DIRECTLY TO THE PROVIDER FOR ANY SERVICES OR ITEMS FURNISHED TO ME BY THE PHYSICIAN OR SUPPLIER. I AUTHORIZE ANY HOLDER OF MEDICAL INFORMATION ABOUT ME TO RELEASE HEALTH CARE FINANCING ADMINISTRATION AND ITS AGENTS AND MY DESIGNATED INSURANCE CARRIER ANY INFORMATION NEEDED TO DETERMINE THESE BENEFITS OR THE BENEFITS PAYABLE FOR RELATED SERVICES. I AUTHORIZE THE RELEASE OF ANY MEDICAL INFORMATION NECESSARY TO OTHER PHYSICIANS WHO MAY PARTICIPATE IN MY CARE; AND/OR, TO PROCESS MY INSURANCE CLAIM FILED FOR THE SERVICES DESCRIBED.

SIGN _____    DATE 9/14/07    RETURN VISIT _____
PATIENT OR PARENT (IF MINOR)

☐ CASH
☐ CHECK
☐ CREDIT CARD
☐ OTHER

CHARGE _____
PAYMENT _____
CURRENT BALANCE _____

4 00905

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: David Norman          CELL: 103 A

DATE: 9/17/07               TIME: 5:30 P.m.

Please check one of the following:

✓ Medical _____ Commissary _____ Grievance _____ Other

Briefly state your request or list your commissary items below"

I need to go to the doctor for my nose problem.
It continue to drain & bleed
Please make me an Appointment for this problem.
Thanks!

Inmate's signature _David Norman_

Do not write below—for reply only

Dr will not see him. 9/17/7
M.Hall

Signature of Jail Officer receiving original request:

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: DAVID NORMAN          CELL: 103   Block A

DATE: 9-19-07          TIME:

Please check one of the following:

✓ Medical ____ Commissary ____ Grievance ____ Other

Briefly state your request or list your commissary items below"

I'm briefly writting to see when is my Appointment
for my Nose. It is giving me problem from dooming all
day to bleeding. IF Nothing is done. I going too
have to contact monter. to get some help. Because
by law iF I'm in Need to see the doctor. You
must set appointment. Please set Appointment! This's
the 10 Request Form in          Thanks!
two months!!!!

Inmate's signature  David Norman

Do not write below—for reply only

Dr. is sAying he will not see inmates and that Norman owes Money
M. Mul  9/20/2

Signature of Jail Officer receiving original request:

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

*A Block*

NAME: DAVID NORMAN     CELL: 103

DATE: 9/26/07     TIME: 5:00 p.m.

Please check one of the following:

✔ Medical     ____ Commissary     ____ Grievance     ____ Other

Briefly state your request or list your commissary items below"

I NEED To go to the Doctor For my NOSE.
It still Running & Bleeding Daily.
Please Set Appointment for me.
THANKS!

Inmate's signature *David Norman*

Do not write below—for reply only

Schedule Appt w/ pri Care   9/27/7    Pri Care   10:00 Am
M. Hull
appt scheduled   10/4

Signature of Jail Officer receiving original request:

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: David Norman          CELL: 103  Block A

DATE: 10-2-07          TIME: 7:30 p.m.

Please check one of the following:

___✓___ Medical      _____ Commissary      _____ Grievance      _____ Other

Briefly state your request or list your commissary items below"

I Still Need to go to the Doctor About my
Nose. It Runs daily and Bleed time to time.
I Currently can not breathe threw my Nose
this might 'cause canser. I Also had AN
Appointment to see the doctor About my
blood pressure 10-1-07 But No one took me.
Please Address these Appointment,
Thanks!

Inmate's signature David Norman

Do not write below—for reply only

Appt scheduled 10/4/7   10/4 M.Mull

Signature of Jail Officer receiving original request:

44 Aliant Parkway
ALEXANDER CITY, AL 35010-0789
Phone: (256)234-4131 Fax: (256)234-9979

**PROVIDER INFORMATION**
Physician:      JAMES,JOHN,M:MD
Service Date:   10/11/2007
**DEMOGRAPHICS**
NORMAN,DAVID,CCCIM
Po Box 10 Attn: Donna
ROCKFORD, AL 35136
Home Phone: (256)377-2211
DOB: 12/16/1974, Sex: Male, Race: Black, SSN: 900002718
**SUPER BILL**
**CHIEF COMPLAINT**
follow-up visit.
Medical Assistant: BREWER,KATRINA:RN
**VITAL SIGNS**

| Line | Temperature | Weight | Pulse | Systolic BP | Diastolic BP | Respiration | Height | Head Circ |
|------|-------------|--------|-------|-------------|--------------|-------------|--------|-----------|
| 1.   | 97.2        | 205    | 75    | 120         | 80           | 20          | 71     | 17        |

**PERTINENT PAST HISTORY**
-PERSONAL MEDICAL HISTORY:
[Cardiovascular DZ] Hypertension.
HISTORY ---
-SURGICAL HISTORY: NONE.
**FAMILY AND PERSONAL HISTORY**
HISTORY ---
-FAMILY MEDICAL HISTORY: NONE No family history of cancer, diabetes, hypertension.
-SOCIAL HISTORY: No Drug, alcohol,tobacco abuse.
**HISTORY OF PRESENT ILLNESS**
OTHER F/U from last visit.
**REVIEW OF SYSTEMS**
**LAB**
**PHYSICAL**
**ASSESSMENT AND PLAN**
**INJECTIONS**
**MEDICATIONS**

MEDICATION ALLERGIES
NKDA        MODERATE          No known drug allergies
Reviewed By: BREWER,KATRINA:RN      10/4/2007 10:05:21 AM

OTHER ACTIVE INTERNAL MEDICATIONS

| | | | | | | | |
|--|--|--|--|--|--|--|--|
| Augmentin | 875 | mg | 20 | tab | 0 | 1 | tab | BID |
| Clonidine | 0.2 | mg | 60 | tab | 2 | 1 | tab | BID |

OTHER CHRONIC/EXTERNAL MEDICATIONS

| | | | | | | | |
|--|--|--|--|--|--|--|--|
| Lotrel | 10 | /40 | 30 | tab | 0 | 1 | tab | Daily |

**CLINICAL RECORDS**
ALLERGY
FINALIZE NOTE
ECHO CARDIOGRAM
PULSE OXIMETER

# MONTHLY STATEMENT

**PRICARE, P.A.**
**P.O.BOX 789**
**ALEXANDER CITY, AL 35011-0789**
**Phone (256)234-4131**

| Statement Date 10/12/2007 | Last Patient Payment 10/11/2007  Amt $0.00 |
|---|---|
| Patient Name NORMAN,DAVID,CCCIM | Account Number F1D1E200498 |
| Amount Due $124.00 | Amount Paid $ |

COOSA COUNTY COMMISION WCP
Po Box 10 Attn: Donna
ROCKFORD AL, 35136

*Please send this portion with your payment*

**DATE OF SERVICE    10/4/2007**

**PHYSICIAN    JOHN M JAMES MD**

| PROCEDURE | PROCEDURE DESCRIPTION | PROCEDURE CHARGES | INSURANCE PAYMENTS | ADJUSTMENTS | PATIENT PAYMENT | BALANCE |
|---|---|---|---|---|---|---|
| 99213 | OFFICE OUTPATIENT VISIT EST L3 | $56.00 | | | | |
| | Oct 12 2007 payment from Coosa County Commissioner | | $0.00 | | | |
| | Oct 12 2007 adjustment from Coosa County Commissioner | | | $0.00 | | |
| J0702 | INJ CELESTONE | $12.00 | | | | |
| | Oct 12 2007 payment from Coosa County Commissioner | | $0.00 | | | |
| | Oct 12 2007 adjustment from Coosa County Commissioner | | | $0.00 | | |
| | Total patient payments to date Oct 4 2007 | | | | $0.00 | |
| | Balance for Date of Service 10/4/2007 | | | | | $68.00 |

**DATE OF SERVICE    10/11/2007**

**PHYSICIAN    JOHN M JAMES MD**

| PROCEDURE | PROCEDURE DESCRIPTION | PROCEDURE CHARGES | INSURANCE PAYMENTS | ADJUSTMENTS | PATIENT PAYMENT | BALANCE |
|---|---|---|---|---|---|---|
| 99213 | OFFICE OUTPATIENT VISIT EST L3 | $56.00 | | | | |
| | Oct 12 2007 payment from Coosa County Commissioner | | $0.00 | | | |
| | Oct 12 2007 adjustment from Coosa County Commissioner | | | $0.00 | | |
| | Total patient payments to date Oct 11 2007 | | | | $0.00 | |
| | Balance for Date of Service 10/11/2007 | | | | | $56.00 |

| | TOTAL CHARGES | $124.00 |
|---|---|---|
| | TOTAL INSURANCE PAYMENTS | $0.00 |
| | TOTAL INSURANCE ADJUSTMENTS | $0.00 |
| | TOTAL PATIENT PAYMENTS | $0.00 |
| | OTHER CREDITS | $0.00 |
| | **PAY THIS AMOUNT** | **$124.00** |

| 0 To 30 Days | 30 To 60 Days | 60 To 90 Days | 90 or Greater |
|---|---|---|---|
| $124.00 | $0.00 | $0.00 | $0.00 |

Thank you for allowing us to be of service.
We are opened 8:00 AM to 5:00 PM, Monday through Friday.

*PriCare, P.A.*          *Page 1 of 1*          *Statement Date 10/12/2007*

```
10/04/2005    16:01:09        COOSA COUNTY SHERIFF'S OFFICE                    PAGE    1
                              INMATE RELEASE SHEET
========================================================================================
BOOKING NO: 050000545

INMATE NAME: NORMAN DAVID LEE
        ALIAS:                                    RACE: B      SEX: M
        ALIAS:                                    HT: 5'09"  HAIR: BLK
      ADDRESS: 375 CO RD 93                       WT: 180    EYES: BRO
   CITY/ST/ZIP: KELLYTON, AL 35089         COMPLEX:
   HOME PHONE: 256-377-4979                      SSN: 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
          DOB: 12/16/1974   AGE:  30          DL ST: AL      DLN: 6275151
  PLCE BIRTH: DETRIOT                            SID:
       STATE: MI                              LOCID: 050000545
   M. STATUS: DIVORCED
    RELIGION: BAPTIST
  GANG ASSOC: N
SCARS/TATTOOS:
KNOWN ENEMIES:
     REMARKS:
------------------------------ NEXT OF KIN ------------------------------
  NEXT OF KIN: BENSON HELEN                 RELATIONSHIP: MOTHER
      ADDRESS: 375 CO RD 93                        PHONE: 256-377-4979
  CITY/ST/ZIP: KELLYTON, AL 35089
     REMARKS:
---------------------------- EMPLOYER INFO ------------------------------
    EMPLOYED: N
EMPLOYER NAME:
     ADDRESS:
  CITY/ST/ZIP: ,
       PHONE: 000-000-0000
------------------------------- MEDICAL --------------------------------
  HANDICAPPED: N   NEEDS: NO
     GLASSES: N   SMOKE: N
MEDICAL NEEDS: Y   NEEDS: HIGH BLOOD PRESSURE
    PHYSICIAN: DR JAMES              PHONE: 000-000-0000
      REMARKS:

      REMARKS:
      REMARKS:
------------------------------- PROPERTY -------------------------------
        CASH:     $580.00
  DESCRIPTION: CASH
ADD. PROPERTY: WATCH, KEYS, DL, CARMEX, JEANS, BLACK TENNIS SHOES, RECIPT
ADD. PROPERTY:
ADD. PROPERTY:
   BIN NUMBER: PROPERTY ROOM
VEH IMPOUNDED:
  IMPOUND LOT:
      REMARKS:
      REMARKS:
========================================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: _David Norman_____     DATE:_____     TIME:_____

BOOK OFFICER: _____        DATE: 10/4/05       TIME: 6:40PM
```

```
                              COOSA COUNTY SHERIFF'S OFFICE
10/04/2005    16:01:09            INMATE RELEASE SHEET                   PAGE    2
==================================================================================
BOOKING NO: 050000545      INMATE NAME: NORMAN DAVID LEE
==================================================================================
           COURT: DISTRICT            ATTORNEY ON REC:
           JUDGE: TEEL                        PHONE: 000-000-0000
         REMARKS:
         REMARKS:
----------------------------------------------------------------------------------
      BOOK DATE: 10/04/2005  BOOK TIME: 14:56  BOOK TYPE: NORMAL

    ARREST DATE: 10/04/2005          BOOKING OFFICER: KELLY
    ARREST DEPT: CCSO                CELL ASSIGNMENT:
   ARRST OFFICER: TEEL                    MEAL CODE: 01   COOSA COUNTY
  PROJ. RLSDATE: 00/00/0000               FACILITY: 01   COUNTY JAIL
   SEARCH OFFCR: 2255               CLASSIFICATION:
    TYPE SEARCH:                      WORK RELEASE: N
  INTOX RESULTS:

          HOLDS: N
         AGENCY:               REASON:
         AGENCY:               REASON:
         AGENCY:               REASON:
         AGENCY:               REASON:

          NOTES:
          NOTES:
          NOTES:
==================================================================================
   RELEASE DATE: 10/04/2005  RELEASE TIME: 16:00    # DAYS SERVED:    1

  RELEASE OFFICER: KELLY
     RELEASE TYPE: BOND
          REMARKS:
          REMARKS:
          REMARKS:
==================================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.
```

INMATE: _David Norman_ _____   DATE: _____   TIME: _____

BOOK OFFICER: _Jeffry Kelly_ _____   DATE: _10/4/01_   TIME: _4:00 PM_

```
                         COOSA COUNTY SHERIFF'S OFFICE
10/04/2005    16:01:09        INMATE CHARGE SHEET                    PAGE    3
================================================================================
BOOKING NO: 050000545       INMATE NAME: NORMAN DAVID LEE
================================================================================
    CHARGE NO:   1  DISPOSITION: PENDING            HOLD: N

ALA STATUTE: 13A-6-21            # OF COUNTS:   1
    OFFENSE: DOM VIO-ASSAULT 2 ND    WARRANT #: WR2005000604
     CASE #: 051000034
   BOND AMT: $5000.00                   FINE:      $0.00
   BAIL AMT:
INIT APPEAR: 10/19/2005       SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 10/04/2005        ARST AGENCY: CCSO
ARST OFFICR: VINSON                 COUNTY: COOSA
      COURT: DISTRICT                 JUDGE: TEEL
DEF ATTORNY:                   DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
--------------------------------------------------------------------------------
```

```
10/04/2005    15:32:57          COOSA COUNTY SHERIFF'S OFFICE
                                INMATE BOOKING SHEET                    PAGE    1
================================================================================
BOOKING NO: 050000545

INMATE NAME: NORMAN DAVID LEE
        ALIAS:                                  RACE: B      SEX: M
        ALIAS:                                  HT: 5'09"  HAIR: BLK
      ADDRESS: 375 CO RD 93                     WT: 180    EYES: BRO
  CITY/ST/ZIP: KELLYTON, AL 35089          COMPLEX:
   HOME PHONE: 256-377-4979                   SSN: 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
          DOB: 12/16/1974  AGE:  30         DL ST: AL     DLN: 6275151
   PLCE BIRTH: DETRIOT                         SID:
        STATE: MI                            LOCID: 050000545
    M. STATUS: DIVORCED
     RELIGION: BAPTIST
   GANG ASSOC: N
SCARS/TATTOOS:
KNOWN ENEMIES:
      REMARKS:
------------------------------ NEXT OF KIN -------------------------------------
  NEXT OF KIN: BENSON HELEN                 RELATIONSHIP: MOTHER
      ADDRESS: 375 CO RD 93                        PHONE: 256-377-4979
  CITY/ST/ZIP: KELLYTON, AL 35089
      REMARKS:
------------------------------ EMPLOYER INFO -----------------------------------
     EMPLOYED: N
EMPLOYER NAME:
      ADDRESS:
  CITY/ST/ZIP: ,
        PHONE: 000-000-0000
------------------------------ MEDICAL -----------------------------------------
  HANDICAPPED: N   NEEDS: NO
      GLASSES: N   SMOKE: N
MEDICAL NEEDS: Y   NEEDS: HIGH BLOOD PRESSURE
    PHYSICIAN: DR JAMES            PHONE: 000-000-0000
      REMARKS:

      REMARKS:
      REMARKS:
------------------------------ PROPERTY ----------------------------------------
         CASH:    $500.00 10<
  DESCRIPTION:  CASH
ADD. PROPERTY: WATCH, KEYS, DL, CARMEX, JEANS, BLACK TENNIS SHOES, RECIPT
ADD. PROPERTY:
ADD. PROPERTY:
   BIN NUMBER: PROPERTY ROOM
VEH IMPOUNDED:
  IMPOUND LOT:
      REMARKS:
      REMARKS:
================================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE: _____    DATE: _____    TIME: _____

BOOK OFFICER: _____   DATE: 10/04/05    TIME: 3:49 pm
```

```
10/04/2005    15:32:57          COOSA COUNTY SHERIFF'S OFFICE
                                 INMATE BOOKING SHEET                          PAGE    2
===========================================================================================
BOOKING NO: 050000545       INMATE NAME: NORMAN DAVID LEE
===========================================================================================
            COURT: DISTRICT              ATTORNEY ON REC:
            JUDGE: TEEL                         PHONE: 000-000-0000
          REMARKS:
          REMARKS:
-------------------------------------------------------------------------------------------
      BOOK DATE: 10/04/2005  BOOK TIME: 14:56  BOOK TYPE: NORMAL

    ARREST DATE: 10/04/2005           BOOKING OFFICER: KELLY
    ARREST DEPT: CCSO                 CELL ASSIGNMENT: C103
  ARRST OFFICER: TEEL                       MEAL CODE: 01   COOSA COUNTY
 PROJ. RLSDATE: 00/00/0000                   FACILITY: 01   COUNTY JAIL
  SEARCH OFFCR: 2255                    CLASSIFICATION:
   TYPE SEARCH:                         WORK RELEASE: N
 INTOX RESULTS:

          HOLDS: N
         AGENCY:               REASON:
         AGENCY:               REASON:
         AGENCY:               REASON:
         AGENCY:               REASON:

          NOTES:
          NOTES:
          NOTES:
```

```
10/04/2005     15:32:57     COOSA COUNTY SHERIFF'S OFFICE
                             INMATE CHARGE SHEET                    PAGE    3
============================================================================
BOOKING NO: 050000545      INMATE NAME: NORMAN DAVID LEE
============================================================================
  CHARGE NO:  1  DISPOSITION: PENDING              HOLD: N

ALA STATUTE: 13A-6-21                  # OF COUNTS:   1
     OFFENSE: DOM VIO-ASSAULT 2 ND       WARRANT #: WR2005000604
      CASE #: 051000034
    BOND AMT: $5000.00                         FINE:      $0.00
    BAIL AMT:
INIT APPEAR: 10/19/2005               SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 10/04/2005                ARST AGENCY: CCSO
ARST OFFICR: VINSON                         COUNTY: COOSA
       COURT: DISTRICT                        JUDGE: TEEL
DEF ATTORNY:                           DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
----------------------------------------------------------------------------
```

| Medications | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Amoxicillin
  500 mg
1 capsule by mouth 3 times
                    A Day

B'fast
Lunch
Dinner

Lotrel 10/40

1 capsule a Day

Dinner

|  | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| B |  |  |  |  |  |  |  |  |  |  |
| L |  |  |  |  |  |  |  |  |  |  |
| S |  |  |  |  |  |  |  |  |  |  |
| BT |  |  |  |  |  |  |  |  |  |  |

|  | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|
| B |  |  |  |  |  |  |  |  |  |  |
| L |  |  |  |  |  |  |  |  |  |  |
| S |  |  |  |  |  |  |  |  |  |  |
| BT |  |  |  |  |  |  |  |  |  |  |

|  | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B |  |  |  |  |  |  |  |  |  |  | AV | NC | AV |
| L |  |  |  |  |  |  |  |  |  |  | AV | NC | NC |
| S |  |  |  |  |  |  |  |  |  |  | RS | RM | NC |
| BT |  |  |  |  |  |  |  |  |  |  | DN | 2 | NC |

Charting For

Physician                         Through

Alt. Phys.                                    Telephone No.

lergies                                        Alt. Telephone          Medical Record No.

gies

Diag-                                          Rehabilitative
nosis                                          Potential

Medicaid Number    Medicare Number            Complete Entries Checked:
                                               By:                                Admission Date

sident  Norman, David    Birth Date    Title:                      Date:
                                        Resident Code   Room No.   Bed  Facility Code
                                                         A-back

| Medications | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Amoxicillin 500 mg 1 capsule 3x day | B'fast | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Lunch | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Supper | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cotrel 10/40 1 cap a day | B'fast | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Clonidine 1 Tablet 1x day At Bed time | B'fast | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NAME: Norman David      DOB: April/07      LOCATION: A-Block

Finished Amoxicillin

Medications

CLONIDINE
1 tab 2x daily

Lot rel.
tab. 1 each day

| medications | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NAME: David Norman

MONTH: Aug

LOCATION: A-Block

| Medications | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LOTREL 1 X DAILY | B-FAST | | | | | | | | | | | | | | | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | |
| CLONIDINE 2 X DAILY | B-FAST | | | | | | | | | | | | | | | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | |
| | DINNER | | | | | | | | | | | | | | | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | |

NAME: NORMAN, DAVID

MONTH SEPTEMBER    LOCATION: A-BLOCK

NAME: NORMAN, DAVID    MONTH  SEPTEMBER    LOCATION:  A-BLOCK

This page is a handwritten medication administration record form (rotated), with columns for days 1–31 and rows labeled with medications including CLONIDINE (2 X DAILY, 1 X DAILY), TOPREL (1 X DAILY), and hour rows (B-FAST, DINNER). Handwritten entries with initials appear across the grid.