IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID LEE NORMAN, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 2:07-cv-903-WKW |
| MIKE MULL, et al., | ) |
| Defendants. | ) |

## DEFENDANTS' ANSWER

COME NOW Mike Mull, Administrator of the Coosa County Jail, Terry Wilson, Sheriff of Coosa County, and Lieutenant David Stover, the Defendants in the above-styled cause, and answer the Plaintiff's Complaint as follows:

### Answer

The Defendants in this action deny each and every allegation made by the Plaintiff, David Lee Norman, and demand strict proof thereof. The Defendants deny that they acted, or caused anyone to act, in such a manner so as to deprive the Plaintiff of his constitutional rights.

### Affirmative Defenses

1. The Plaintiff's claims are barred by § 1997(e)(a) of the Prison Litigation Reform Act ("PLRA"), because the Plaintiff failed to exhaust all administrative remedies available to him.

2. The Plaintiff's claim is moot, because he has already been provided the only relief he requested in his Complaint.

3. All claims against these Defendants in their official capacities must fail based on Eleventh Amendment immunity and because they are not "persons" under 42 U.S.C. § 1983.

4. The Defendants in this action, in their individual capacities, are entitled to qualified immunity from the Plaintiff's federal claims.

5. The Defendants in this action, in both their individual and official capacities, are entitled to absolute immunity from any state law claims.

6. The Plaintiff fails to allege any affirmative causal link between the alleged acts of the Defendants and any alleged constitutional deprivation or the direct participation of the Defendants in any alleged constitutional violation.

7. The Defendants are not liable based upon *respondeat superior* theory of liability.

8. The Defendants reserve the right to supplement this Answer by adding additional affirmative defenses as the facts of this case are developed and if discovery is ordered by the Court.

Respectfully submitted this 19th day of November, 2007.

> s/Joseph L. Hubbard, Jr.
> JOSEPH L. HUBBARD, JR., Bar Number HUB015
> Attorney for Defendants
> WEBB & ELEY, P.C.
> 7475 Halcyon Pointe Drive (36117)
> Post Office Box 240909
> Montgomery, Alabama  36124
> Telephone:  (334) 262-1850
> Fax:  (334) 262-1889
> E-mail:  jhubbard@webbeley.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 19th day of November, 2007, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

> David Lee Norman
> Coosa County Jail
> P. O. Box 279
> Rockford, Alabama  36420

> s/Joseph L. Hubbard, Jr.
> OF COUNSEL