IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

DAVID LEE NORMAN            *

    Plaintiff,            *

        v.            *            2:07-CV-903-WKW

MIKE MULL, *et al.*,            *

    Defendants.            *

_____

**ORDER**

Plaintiff filed this 42 U.S.C. § 1983 action on October 9, 2007. At the time he filed this complaint, Plaintiff was incarcerated at the Coosa County Jail located in Rockford, Alabama. On October 11, 2007 the court entered an order which instructed Plaintiff, among other things, to inform the court of any change in his address. (*Doc. No. 4*.) On November 28, 2007 the envelope containing Plaintiff's copy of an order filed November 20, 2007 was returned to the court marked "Return to Sender" because Plaintiff is no longer at the address he provided to the court.

All parties have an affirmative duty to inform this court of any change of address during the pendency of their actions. Plaintiff was provided notice of this requirement in the court's October 11, 2007 order of procedure. (*Doc. No. 4*.) Upon review of the pleadings filed in the instant matter, it is clear that the court file does not contain an alternate address

for Plaintiff and that he has not provided this court with a current address since the inception of filing the instant complaint. Accordingly, the court concludes that Plaintiff shall be granted an opportunity to show cause why his complaint should not be dismissed for his failure to keep the court informed of his current address.

Accordingly, it is ORDERED that:

1. On or before **December 7, 2007** Plaintiff shall SHOW CAUSE why his complaint should not be dismissed for his failure to provide the court with his current address as directed by the court's October 11, 2007 order of procedure. Plaintiff is cautioned that his failure to comply with this order will result in a Recommendation that his complaint be dismissed without prejudice; and

2. The Clerk is DIRECTED to send a copy of this order to Plaintiff at his last known address.

Done, this 28th day of November 2007.

                          /s/ Terry F. Moorer
                          TERRY F. MOORER
                          UNITED STATES MAGISTRATE JUDGE