THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID LEE NORMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:07-CV-903-WKW |
| ) | [WO] |
| MIKE MULL, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

The Magistrate Judge filed a Report and Recommendation (Doc. # 12) in this case to which no objections have been filed. Upon an independent review of the file in this case and upon consideration of the Report and Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Report and Recommendation (Doc. # 12) is ADOPTED;

2. This case is DISMISSED without prejudice for the plaintiff's failures to comply with the orders of the court and to prosecute this action.

An appropriate judgment will be entered.

DONE this 7th day of January, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE